UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| KARL E. RISINGER, | ) ) | |
| Plaintiff, | ) ) | 2:12-cv-00063-LRH-PAL |
| v. | ) ) | ORDER |
| SOC, INC., et al., | ) ) | |
| Defendants. | ) ) ) | |

Before the court are Defendant SOC LLC's Motion for Leave to File Motion to Dismiss Under Seal (#12[1]) and Motion to Dismiss (#13). In response, Plaintiff Karl E. Risinger filed a Notice of Intention to File First Amended Complaint (#17) and a First Amended Class Action Complaint (#19).

Plaintiff timely filed his amended complaint as of right. *See* Fed. R. Civ. P. 6(d), 15(a). Defendant's motion to dismiss is therefore moot and will be denied accordingly. However, in order to preserve the integrity of the information contained therein but without passing on the merits of the motion to seal, the motion to seal will be granted without prejudice. *See* Fed. R. Civ. P. 5(d); Local Rule 10-5(b).

IT IS THEREFORE ORDERED that Defendant's Motion for Leave to File Motion to

---

[1] Refers to the court's docket entry number.

1  Dismiss Under Seal (#12) is GRANTED.
2      IT IS FURTHER ORDERED that Defendant's Motion to Dismiss (#13) is DENIED as
3  moot.
4      IT IS SO ORDERED.
5      DATED this 9th day of March, 2012.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE