UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| KARL E. RISINGER,<br><br>                Plaintiff,<br><br>   v.<br><br>SOC, LLC, et al.,<br><br>               Defendants. | Case No. 2:12-cv-00063-MMD-PAL<br><br>ORDER |

This matter is before court on Plaintiff Karl E. Risinger's Notice Regarding Order Denying Motion to File Under Seal (Dkt. #95) filed October 20, 2014. The court has considered the Notice.

On October 20, 2014, the court entered an Order (Dkt. #95) denying Plaintiff's Motion to File Documents Under Seal (Dkt. #93) without prejudice. The court found Plaintiff had not met his burden under *Kamakana v. City and County of Honolulu,* 447 F.3d 1172 (9th Cir. 2006), of making a particularized showing of good cause to seal the Motion to Compel and Exhibits 4, 5, 11, and 13 attached to the Motion to Compel. The court allowed Plaintiff until October 30, 2014, to file a memorandum of points and authorities to justify its request to seal. The Notice represents that Plaintiff does not intend to file a memorandum or make a showing of good cause. Plaintiff believes the documents were improperly designated confidential by Defendants, and Plaintiff only filed the Motion to Seal to comply with the Protective Order (Dkt. #81).

Having reviewed and considered the matter,

**IT IS ORDERED**:

1. Defendants shall have until **November 4, 2014,** to file a memorandum of points and authorities and any supporting declaration or affidavit to make a particularized

showing of good cause why the Motion to Compel and Exhibits 4, 5, 11, and 13 should remain under seal.

2. The Motion to Compel and Exhibits 4, 5, 11, and 13 shall remain under seal until November 4, 2014. If Defendants fail to timely comply with this order, the Clerk of the Court is directed to unseal the documents to make them available on the public docket.

Dated this 21st day of October, 2014.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE