UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| KARL E. RISINGER,<br><br>　　　　　　　　　Plaintiff,<br><br>　v.<br><br>SOC, LLC, et al.,<br><br>　　　　　　　　　Defendants. | Case No. 2:12-cv-00063-MMD-PAL<br><br>ORDER |

　　　　This matter is before court on Defendants SOC, LLC's; SOC-SMG, Inc.'s; and Day & Zimmerman's Notice of Withdrawal of Confidential Designation (Dkt. #99) filed November 3, 2014. The court has considered the Notice.

　　　　On October 20, 2014, the court entered an Order (Dkt. #94) denying Plaintiff's Motion to File Documents Under Seal (Dkt. #93) without prejudice. The court found Plaintiff had not met his burden under *Kamakana v. City and County of Honolulu,* 447 F.3d 1172 (9th Cir. 2006), of making a particularized showing of good cause to seal the Motion to Compel and Exhibits 4, 5, 11, and 13 attached to the Motion to Compel. The court allowed Plaintiff until October 30, 2014, to file a memorandum of points and authorities to justify its request to seal. Plaintiff filed a Notice (Dkt. #95) representing Plaintiff did not intend to file a memorandum or make a showing of good cause because Plaintiff believed the documents were improperly designated confidential by Defendants and only filed the Motion to Seal to comply with the Protective Order (Dkt. #81). The court ordered Defendants to file a memorandum of points and authorities to establish good cause why the Motion to Compel and exhibits should remain under seal. The instant Notice represents that Defendants withdraw their confidentiality designations and consent to unsealing the Motion to Compel and its exhibits.

Accordingly,

**IT IS ORDERED** that the Clerk of Court shall unseal the Motion to Compel and its exhibits, including Exhibits 4, 5, 11, and 13.

Dated this 7th day of November, 2014.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE