UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| KARL RISINGER,<br><br>　　　　　Plaintiff,<br>　v.<br>SOC, LLC, et al.,<br><br>　　　　　Defendants. | Case No. 2:12-cv-00063-MMD-PAL<br><br>ORDER |

Pursuant to Local Rule 16-5 and the Court's Civil Standing Order, it is ordered that the parties schedule a settlement conference with the Magistrate Judge. No decision on the pending motions (dkt. nos. 102, 104, 105, 106, 107) will be issued pending settlement.

DATED THIS 4th day of June 2015.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE