UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | | |
|---|---|---|
| KARL RISINGER, | | Case No. 2:12-cv-00063-MMD-PAL |
| | Plaintiff, | ORDER |
| v. | | |
| SOC, LLC, et al., | | |
| | Defendants. | |

The court inadvertently scheduled a settlement conference on a federal holiday, the day that Independence Day is observed,

**IT IS ORDERED** that:

1.     The Settlement Conference currently scheduled for July 3, 2015, at 9:30 a.m. before the undersigned, is **VACATED** and **ADVANCED** to **June 30, 2015,** at **1:30 p.m.,** in the chambers of United States Magistrate Judge Leen, Room #3071, Lloyd D. George United States Courthouse, 333 Las Vegas Boulevard South, Las Vegas, Nevada.

2.     The deadline for chambers to receive the confidential settlement conference statements, currently due June 26, 2015, is **VACATED** and **ADVANCED** to be received in chambers, Room 3071, not later than **4:00 p.m., June 23, 2015.**

3.     All other instructions within the original Order Setting Settlement Conference (Dkt. #143) shall remain in effect.

DATED this 8th day of June, 2015.

PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE

1