| | |
|---|---|
| 1 | RICK D. ROSKELLEY, ESQ., Bar No. 3192 |
| | MATTHEW T. CECIL, ESQ., Bar No. 9525 |
| 2 | LITTLER MENDELSON, P.C. |
| | 3960 Howard Hughes Parkway |
| 3 | Suite 300 |
| | Las Vegas, NV  89169-5937 |
| 4 | Telephone:    702.862.8800 |
| | Fax No.:       702.862.8811 |
| 5 | |
| 6 | KIMBERLY J. GOST, ESQ. Admitted Pro Hac Vice |
| | kgost@littler.com |
| 7 | MATTHEW J. HANK, ESQ., Admitted Pro Hac Vice |
| | mhank@littler.com |
| 8 | PAUL J. SOPHER, ESQ., Admitted Pro Hac Vice |
| | psopher@littler.com |
| 9 | LITTLER MENDELSON, P.C. |
| | Three Parkway |
| 10 | 1601 Cherry Street |
| | Suite 1400 |
| 11 | Philadelphia, PA 19102-1321 |
| | Telephone:    267.402.3000 |
| 12 | Facsimile:     267.402.3131 |

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| KARL E. RISINGER, | Case No. 02:12-cv-00063-MMD-PAL |
| Plaintiff, | |
| vs. | **MOTION TO WITHDRAW AS COUNSEL** |
| SOC LLC, et al., | |
| Defendants. | |

The law firm of Littler Mendelson P.C. hereby notifies the Court that it ceased representing Defendants SOC LLC; SOC-SMG, INC.; DAY & ZIMMERMANN, INC., on November 8, 2017.

Defendants SOC LLC; SOC-SMG, INC.; DAY & ZIMMERMANN, INC. have retained new counsel, Lewis Roca Rothgerber Christie LLP, to represent them in the above-captioned matter.

/ / /

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
702.862.8800

For the foregoing reasons, the law firm of Littler Mendelson, P.C., moves the Court to allow it to withdraw as counsel of record for Defendants and for an order removing its attorneys (Kimberly Gost, Matthew Hank, Paul Sopher, Cory Walker, Rick Roskelley and Matthew Cecil) from the Court's electronic service system in this matter.

I certify that SOC LLC; SOC-SMG, INC.; DAY & ZIMMERMANN, INC., will be served via U.S. Mail to the following address: E. Leif Reed, Esq., Lewis Roca Rothgerber Christie LLP, One East Liberty Street, Suite 300, Reno, Nevada 89501.

Dated: November 8, 2017                Respectfully Submitted,

    /s/ Matthew T. Cecil
KIMBERLY J. GOST, ESQ., Admitted Pro Hac Vice
MATTHEW J. HANK, ESQ., Admitted Pro Hac Vice
PAUL J. SOPHER, ESQ., Admitted Pro Hac Vice
RICK D. ROSKELLEY, ESQ.
MATTHEW T. CECIL, ESQ.
LITTLER MENDELSON, P.C.

Attorneys for Defendants

IT IS SO ORDERED.

Dated: November 9, 2017

_____
U.S. District Judge

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800

## PROOF OF SERVICE

I am a resident of the State of Nevada, over the age of eighteen years, and not a party to the within action. My business address is 3960 Howard Hughes Parkway, Suite 300, Las Vegas, Nevada 89169-5937. On November 8, 2017, I served the within document(s):

**MOTION TO WITHDRAW AS COUNSEL**

☒ by serving the party listed below electronically through the Court's ECF filing system.

| | |
|---|---|
| Scott E. Gizer, Nev. Bar No. 12216<br>sgizer@earlysullivan.com<br>Devin A. McRae, Admitted Pro Hac Vice<br>dmcrae@earlysullivan.com<br>Christopher I. Ritter, Admitted Pro Hac Vice<br>critter@earlysullivan.com<br>EARLY SULLIVAN WRIGHT<br>GIZER & McRAE LLP<br>6420 Wilshire Boulevard, 17th Floor<br>Los Angeles, California 90048<br>Telephone: 323.301.4660<br>Facsimile: 323.301.4676 | Erik C. Alberts, Admitted Pro Hac Vice<br>erik.alberts@ealawflrm.net<br>LAW OFFICES OF ERIK C. ALBERTS<br>5900 Wilshire Boulevard, 26th Floor<br>Los Angeles, California 90036<br>Telephone: 323.330.0583<br>Facsimile: 323.330.0584 |

I am readily familiar with the firm's practice of collection and processing correspondence for mailing and for shipping via overnight delivery service. Under that practice it would be deposited with the U.S. Postal Service or if an overnight delivery service shipment, deposited in an overnight delivery service pick-up box or office on the same day with postage or fees thereon fully prepaid in the ordinary course of business. I declare under penalty of perjury that the foregoing is true and correct. Executed on November 8, 2017, at Las Vegas, Nevada.

/s/ Robyn Craig

Firmwide:151128843.1 075666.1004

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800

3.