E. Leif Reid
State Bar No. 5750
Kristen L. Martini
State Bar No. 11272
LEWIS ROCA ROTHGERBER CHRISTIE LLP
One East Liberty Street, Suite 300
Reno, NV 89501-2128
Tel: 775.823.2900
E-mail: lreid@lrrc.com
         kmartini@lrrc.com

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

KARL E. RISINGER, an individual, on behalf of himself and all others similarly situated,

Plaintiff,

v.

SOC LLC, a Delaware limited liability company registered and doing business in Nevada as SOC NEVADA LLC; SOC-SMG, INC., a Nevada corporation; DAY & ZIMMERMAN, Inc., a Maryland corporation; and DOES 1-20, inclusive,

Defendants.

CASE NO. 2:12-CV-00063-MMD-PAL

SUBSTITUTION OF ATTORNEY

Defendants SOC LLC d/b/a SOC NEVADA LLC, SOC-SMG, INC., and DAY & ZIMMERMANN, INC., hereby substitute E. Leif Reid, Esq., and Kristen L. Martini, Esq., and the law firm of Lewis Roca Rothgerber Christie LLC with its office located at One East Liberty Street, Suite 300, Reno, Nevada, 89501, (775) 823-2900, as attorneys of record in place and stead of law office of Littler Mendelson, P.C.

DATED this ___ day of November, 2017.

J. Michael Littlejohn, General Counsel
Day & Zimmermann
SOC LLC d/b/a SOC NEVADA LLC
SOC-SMG, INC.
DAY & ZIMMERMANN, INC.

///
///
///

I consent to the above substitution.

DATED this 3rd day of November, 2017

*signature: Paul Sopher*

Kimberly J. Gost, Esq.
Matthew J. Hank, Esq.
Paul J. Sopher, Esq.
Cory G. Walker, Esq.
Matthew T. Cecil, Esq.
Rick D. Roskelley, Esq.
Littler Mendelson, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
Tel: 702.862.8800
Fax: 702.862.8811

I am duly admitted to practice in this District.

Above substitution accepted.

DATED this 7th day of November, 2017

E. Leif Reid, Esq.
Kristen L. Martini, Esq.
Lewis Roca Rothgerber Christie LLP
One East Liberty Street, Suite 300
Reno, NV 89501-2128
Tel: 775.823.2900
Fax: 775.823.2929

Please check one: __X__ RETAINED, or _____ APPOINTED BY THE COURT

APPROVED:

DATED: November 9, 2017

UNITED STATES DISTRICT JUDGE

2

# CERTIFICATE OF SERVICE

Pursuant to Federal Rule of Civil Procedure 5(b), I hereby certify that I am an employee of LEWIS ROCA ROTHGERBER CHRISTIE LLP, and that I caused the foregoing **SUBSTITUTION OF ATTORNEY** to be served by electronically filing the foregoing with the CM/ECF electronic filing system, which will send a notice of electronic filing to the following:

Christopher I Ritter
Devin A. McRae
Early Sullivan Wright Gizer & McRae, LLP
6420 Wilshire Blvd., 17th Flr.
Los Angeles, CA 90048
323-301-4660
critter@earlysullivan.com
dmcrae@earlysullivan.com

Erik C. Alberts
Law Offices of Erik C. Alberts
5900 Wilshire Boulevard, 26th Floor
Los Angeles, CA 90036
323-330-0583
Erik.alberts@ealawfirm.net

Scott E Gizer
Early Sullivan Wright Gizer & McRae LLP
601 South Seventh Street, 2nd Floor
Las Vegas, NV 89101
702-331-7593
sgizer@earlysullivan.com

Paul J. Sopher
Kimberly J Gost
Littler Mendelson, P.C.
Three Pkwy, 1601 Cherry St., Ste. 1400
Philadelphia, PA 19102
267-402-3000
psopher@littler.com
kgost@littler.com

Cory G. Walker
Matthew T. Cecil
Rick D Roskelley
Littler Mendelson, P.C.
3960 Howard Hughes Pkwy., Ste. 300
Las Vegas, NV 89169
702-862-8800
cgwalker@littler.com
mcecil@littler.com
rroskelley@littler.com

Matthew J. Hank
Littler Mendelson, P.C.
1601 Cherry Street
Philadelphia, PA 19103
267-402-3000
mhank@littler.com

DATED this 7th day of November, 2017.

*[signature]*

An Employee of Lewis Roca Rothgerber Christie LLP