# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

KARL E. RISINGER, an individual, on
behalf of himself and all others similarly
situated,

        Plaintiff(s),

vs.

SOC LLC, et al.

        Defendant(s).

Case # 12-cv-00063

**VERIFIED PETITION FOR
PERMISSION TO PRACTICE
IN THIS CASE ONLY BY
ATTORNEY NOT ADMITTED
TO THE BAR OF THIS COURT
AND DESIGNATION OF
LOCAL COUNSEL**

FILING FEE IS $250.00

_____Daniel Mach_____, Petitioner, respectfully represents to the Court:
(name of petitioner)

    1.    That Petitioner is an attorney at law and a member of the law firm of

_____Quinn Emanuel Urquhart & Sullivan, LLP_____
(firm name)

with offices at _____51 Madison Avenue, 22nd Floor_____,
(street address)

_____New York_____, _____New York_____, _____10010_____
(city)           (state)           (zip code)

_____(212) 849-7000_____, _____danielmach@quinnemanuel.com_____.
(area code + telephone number)        (Email address)

    2.    That Petitioner has been retained personally or as a member of the law firm by

SOC LLC; SOC-SMG, Inc.; Day & Zimmermann, Inc. to provide legal representation in connection with
[client(s)]

the above-entitled case now pending before this Court.

Rev. 5/16

3. That since _____January 19, 2013_____, Petitioner has been and presently is a
<br>(date)
member in good standing of the bar of the highest Court of the State of _____New York_____
<br>(state)
where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| The State Bar of New York | January 19, 2012 | 1179130 |
| U.S.D.C. Southern District of New York | December 10, 2013 | 1179130 |
| U.S.D.C. Eastern District of New York | December 12, 2013 | 1179130 |
| U.S.C.A. First Circuit | March 16, 2017 | 1179130 |
| U.S.C.A. Second Circuit | February 8, 2017 | 1179130 |
| | | |
| | | |
| | | |

5. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

None.

2

Rev. 5/16

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

None.

7. That Petitioner is a member of good standing in the following Bar Associations.

None.

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| None. | | | |
| | | | |
| | | | |
| | | | |
| | | | |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

3

Rev. 5/16

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

_____
Petitioner's signature

STATE OF _____New York_____ )
                                )
COUNTY OF _____New York_____ )

_____Daniel Mach_____, Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

_____
Petitioner's signature

Subscribed and sworn to before me this

__6th__ day of __November__, __2017__.

_____
Notary Public or Clerk of Court

PATRICIA E. BOSTIC
Notary Public, State of New York
No. 24-4363620
Qualified in Kings County
Commission Expires March 12, 20 18

## DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate _____E. Leif Reid_____,
                                                              (name of local counsel)
Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

_____1 East Liberty Street, Suite 300_____,
                          (street address)

_____Reno_____, _____Nevada_____, ___89501-2128___,
      (city)             (state)              (zip code)

___(775) 321-3415___, _____lreid@lrrc.com_____.
(area code + telephone number)      (Email address)

4

Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

## APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) _____ E. Leif Reid _____ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

_____
(party's signature)
SOC LLC _J. Michael Littlejohn, General Counsel_
(type or print party name, title)

_____
(party's signature)
SOC-SMG, Inc. _J. Michael Littlejohn, General Counsel_
(type or print party name, title)

_____
(party's signature)
Day & Zimmerman, Inc. _J. Michael Littlejohn,_
(type or print party name, title)  _General Counsel_

### CONSENT OF DESIGNEE
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____
Designated Resident Nevada Counsel's signature

5750                          lreid@lrrc.com
Bar number              Email address

APPROVED:

Dated: this _9th_ day of _November_ , 20_17_ .

_____
UNITED STATES DISTRICT JUDGE

5

Rev. 5/16

# Exhibit 1
# Certificate of Good Standing



# State of New York
# Supreme Court, Appellate Division
# Third Judicial Department

---

I, Robert D. Mayberger, Clerk of the Appellate Division of the Supreme Court of the State of New York, Third Judicial Department, do hereby certify that

## Daniel Paul Mach

having taken and subscribed the Constitutional Oath of Office as prescribed by law, was duly licensed and admitted to practice by this Court as an Attorney and Counselor at Law in all courts of the State of New York on the **19th day of January, 2012**, is currently in good standing and is registered with the Administrative Office of the Courts as required by section four hundred sixty-eight-a of the Judiciary Law.

In Witness Whereof, I have hereunto set my hand and affixed the Seal of said Court, at the City of Albany, this **3rd day of November, 2017**.

Robert D Mayberger

Clerk