UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

KARL E. RISINGER, an individual, on behalf of himself and all others similarly situated,

Plaintiff(s),

vs.

SOC LLC, et al.

Defendant(s).

Case # 12-cv-00063

VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL

FILING FEE IS $250.00

_____Tara Lee_____, Petitioner, respectfully represents to the Court:
(name of petitioner)

1. That Petitioner is an attorney at law and a member of the law firm of

_____Quinn Emanuel Urquhart & Sullivan, LLP_____
(firm name)

with offices at _____777 6th Street NW, 11th Floor_____,
(street address)

_____Washington_____, _____District of Columbia_____, _____20001-3706_____,
(city)                    (state)                    (zip code)

_____(202) 538-8000_____, _____taralee@quinnemanuel.com_____.
(area code + telephone number)    (Email address)

2. That Petitioner has been retained personally or as a member of the law firm by

_____SOC LLC; SOC-SMG, Inc.; Day & Zimmermann, Inc._____ to provide legal representation in connection with
[client(s)]

the above-entitled case now pending before this Court.

Rev. 5/16

3. That since **December 18, 1996** (date), Petitioner has been and presently is a member in good standing of the bar of the highest Court of the State of **Maryland** (state) where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| See attached. | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

5. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

None.

2

Rev. 5/16

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

None.

7. That Petitioner is a member of good standing in the following Bar Associations.

American Bar Association.

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| None. | | | |
| | | | |
| | | | |
| | | | |
| | | | |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

Rev. 5/16

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

*Tara Lee*
Petitioner's signature

STATE OF District of Columbia )
COUNTY OF Washington )

_____Tara Lee_____, Petitioner, being first duly sworn, deposes and says: That the foregoing statements are true.

*Tara Lee*
Petitioner's signature

Subscribed and sworn to before me this 6th day of November, 2017.

_____
Notary Public or Clerk of Court

PATRICIA E. BOSTIC
Notary Public, State of New York
No. 24-4963620
Qualified in Kings County
Commission Expires March 12, 20__

# DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate _____E. Leif Reid_____,
(name of local counsel)
Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

_____1 East Liberty Street, Suite 300_____,
(street address)

__Reno__, __Nevada__, __89501-2128__,
(city)   (state)   (zip code)

__(775) 321-3415__, __lreid@lrrc.com__.
(area code + telephone number)   (Email address)

4

Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

## APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) _____ E. Leif Reid _____ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

_____
(party's signature)
SOC LLC    J. Michael Littlejohn, General Counsel
(type or print party name, title)

_____
(party's signature)
SOC-SMG, Inc.    J. Michael Littlejohn, General Counsel
(type or print party name, title)

_____
(party's signature)
Day & Zimmerman, Inc.    J. Michael Littlejohn, General Counsel
(type or print party name, title)

## CONSENT OF DESIGNEE

The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____
Designated Resident Nevada Counsel's signature

5750                    lreid@lrrc.com
Bar number              Email address

APPROVED:

Dated: this 9th day of November, 20 17.

_____
UNITED STATES DISTRICT JUDGE

5

Rev. 5/16

# Exhibit 1
# Certificates of Good Standing



# Supreme Court of California

JORGE E. NAVARRETE
*Court Administrator and Clerk of the Supreme Court*

CERTIFICATE OF THE CLERK OF THE SUPREME COURT

OF THE

STATE OF CALIFORNIA

## TARA MELISSA LEE

I, JORGE NAVARRETE, Clerk of the Supreme Court of the State of California, do hereby certify that **TARA MELISSA LEE #204221**, was on the **8th** day of **December, 1999**, duly admitted to practice as an attorney and counselor at law in all the courts of this state, and is now listed on the Roll of Attorneys as a member of the bar of this state in good standing.

*Witness my hand and the seal of the court on the **3rd** day of **November, 2017**.*

JORGE NAVARRETE
*Clerk of the Supreme Court*

By: _____
C. Rivera, Deputy Clerk



### District of Columbia Court of Appeals
Committee on Admissions
430 E Street, N.W. — Room 123
Washington, D. C. 20001
202 / 879-2710

I, JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, do hereby certify that

**TARA MELISSA LEE**

was on **JANUARY 9, 2015** duly qualified and admitted as an attorney and counselor entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on **November 3, 2017**.

JULIO A. CASTILLO
Clerk of the Court

By: *Jacqueline M. Smith*
Deputy Clerk

# Court Of Appeals of Maryland
## Annapolis, MD



## CERTIFICATE OF GOOD STANDING

STATE OF MARYLAND, ss:

I, Bessie M. Decker, Clerk of the Court of Appeals of Maryland, do hereby certify that on the eighteenth day of December, 1996,

### Tara M. Lee

having first taken and subscribed the oath prescribed by the Constitution and Laws of this State, was admitted as an attorney of said Court, is now in good standing, and as such is entitled to practice law in any of the Courts of said State, subject to the Rules of Court.

**In Testimony Whereof,** I have hereunto set my hand as Clerk, and affixed the Seal of the Court of Appeals of Maryland, this sixth day of November, 2017.

*Bessie M. Decker*
Clerk of the Court Of Appeals of Maryland



# State of New York
# Supreme Court, Appellate Division
# Third Judicial Department

I, Robert D. Mayberger, Clerk of the Appellate Division of the Supreme Court of the State of New York, Third Judicial Department, do hereby certify that

## Tara Melissa Bee

having taken and subscribed the Constitutional Oath of Office as prescribed by law, was duly licensed and admitted to practice by this Court as an Attorney and Counselor at Law in all courts of the State of New York on the **25th day of September, 2013**, is currently in good standing and is registered with the Administrative Office of the Courts as required by section four hundred sixty-eight-a of the Judiciary Law.

In Witness Whereof, I have hereunto set my hand and affixed the Seal of said Court, at the City of Albany, this **3rd day of November, 2017**.

Robert D. Mayberger

Clerk

# Supreme Court of Virginia

**AT RICHMOND**

## Certificate

I, Patricia L. Harrington, Clerk of the Supreme Court of Virginia, do hereby certify that

**TARA MELISSA LEE**

was admitted to practice as an attorney and counsellor at the bar of this Court on January 13, 2006.

I further certify that so far as the records of this office are concerned, TARA MELISSA LEE is a member of the bar of this Court in good standing.

Witness my hand and seal of said Court

This 7th day of November A.D. 2017

By: _____
*Deputy Clerk*

# Exhibit 2
# Admissions

| Court | Date Admitted | Bar Number |
|---|---|---|
| The State Bar of California | December 1999 | 204221 |
| The District of Columbia Bar | January 10, 2011 | 17902 |
| The State Bar of Maryland | December 18, 1996 | 9612180149 |
| The State Bar of Virginia | January 13, 2006 | 71594 |
| The State Bar of New York | September 25, 2013 | 5170030 |
| Supreme Court of the United States | May 24, 2010 | |
| U.S.C.A. Second Circuit | August 31, 2009 | |
| U.S.C.A. Fourth Circuit | December 17, 2007 | |
| U.S.C.A. District of Columbia | January 9, 2015 | |
| U.S.C.A. Armed Forces | June 30, 1999 | |
| U.S.C.A. Ninth Circuit | May 6, 2010 | |
| U.S.C.A. Eleventh Circuit | May 7, 2009 | |
| U.S.D.C. Central District of California | April 8, 2011 | 204221 |
| U.S.D.C. Eastern District of California | January 27, 2000 | 204221 |
| U.S.D.C. Northern District of California | October 15, 2013 | 204221 |
| U.S.D.C. District of Columbia | January 9, 2015 | 17902 |
| U.S.D.C. District of Maryland | May 3, 2010 | 17902 |
| U.S.D.C. Eastern District of Virginia | April 27, 2007 | 71594 |
| U.S.D.C. Western District of Virginia | November 24, 2009 | 71594 |