| | |
|---|---|
| 1 | Scott E. Gizer, Esq., Nevada Bar No. 12216 |
| | *sgizer@earlysullivan.com* |
| 2 | EARLY SULLIVAN WRIGHT |
| | GIZER & McRAE LLP |
| 3 | 601 South Seventh Street, 2nd Floor |
| | Las Vegas, Nevada 89101 |
| 4 | Telephone:  (702) 331-7593 |
| | Facsimile:  (702) 331-1652 |
| 5 | |
| | Devin A. McRae, *Pro Hac Vice* |
| 6 | dmcrae@earlysullivan.com |
| | EARLY SULLIVAN WRIGHT |
| 7 | GIZER & McRAE LLP |
| | 6420 Wilshire Boulevard, 17th Floor |
| 8 | Los Angeles, California 90048 |
| | Telephone: (323) 301-4660 |
| 9 | Facsimile: (323) 301-4676 |
| 10 | Erik C. Alberts, *Pro Hac Vice* |
| | erik.alberts@ealawfirm.net |
| 11 | LAW OFFICES OF ERIK C. ALBERTS |
| | 5900 Wilshire Boulevard, 26th Floor |
| 12 | Los Angeles, California 90036 |
| | Telephone: (323) 330-0583 |
| 13 | Facsimile: (323) 330-0584 |
| 14 | Attorneys for Plaintiff |
| | KARL E. RISINGER, and those similarly situated |
| 15 | |
| | TARA LEE (*Admitted Pro Hac Vice*) |
| 16 | KEITH H. FORST (*Admitted Pro Hac Vice*) |
| | DANIEL P. MACH (*Admitted Pro Hac Vice*) |
| 17 | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| 18 | 777 6th Street, NW, 11th Floor |
| | Washington, DC 20001 |
| 19 | Tel.:  (202) 538-8000 |
| | Fax:  (202) 538-8100 |
| 20 | taralee@quinnemanuel.com |
| | keithforst@quinnemanuel.com |
| 21 | danielmach@quinnemanuel.com |
| 22 | |
| | E. LEIF REID, SBN 5750 |
| 23 | KRISTEN L. MARTINI, SBN 11272 |
| | LEWIS ROCA ROTHGERBER CHRISTlE LLP |
| 24 | One East Liberty Street, Suite 300 |
| 25 | Reno, NV  89501-2128 |
| | Tel.:  (775) 823-2900 |
| 26 | Fax:  (775) 839-2929 |
| | lreid@lrrc.com |
| 27 | kmartini@lrrc.com |
| 28 | *Attorneys for Defendants* |

**STIPULATION TO EXTEND CLASS NOTICE DEADLINE**

198871.1

| | |
|---|---|
| | |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| KARL E. RISINGER, an individual, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>SOC LLC, a Delaware limited liability company registered and doing business in Nevada as SOC NEVADA LLC; SOC-SMG, INC., a Nevada corporation; DAY & ZIMMERMANN, INC., a Maryland corporation; and DOES 1-20, inclusive,<br><br>Defendants. | Case No.: 2:12-cv-00063-MMD-PAL<br><br>**STIPULATION TO EXTEND DEADLINE FOR CLASS NOTICE AND REQUEST TO AMEND POST-CLASS CERTIFICATION SCHEDULING ORDER** |

1       WHEREAS, on December 29, 2017, at the status hearing before the Court, the parties agreed to the form of a notice letter to be sent by mail to all class members and to continue meet and confer efforts to reach agreement on a plan for internet notice;

      WHEREAS, also at the December 29, 2017 hearing, the parties agreed to set a January 5, 2018 deadline to send class notice to all class members, which was adopted by the Court (Docket No. 191);

      WHEREAS, following the December 29, 2017 hearing, the parties have continued their efforts to reach agreement on a plan for internet notice and it appears an agreement has been reached pending receipt of additional information from Plaintiff's class notice administrator, Dahl Administration, including drafts of proposed banner ads, the full list of websites on which the internet notice would be posted, and the search terms that would trigger a banner ad for the class notice;

      WHEREAS, the parties have agreed to submit for approval from the Court their agreed notice plan along with supporting materials to ensure that their proposed notice plan is sufficient to meet the requirements of Federal Rule of Civil Procedure 23(c)(2)(B);

      WHEREAS, Dahl Administration has indicated that it will be able to provide a list of websites and search terms by early next week;

      WHEREAS, Defendants have also discovered additional potential class members to be added to the class list, representing persons that were not originally assigned to be armed guards, but were later reclassified as armed guards, and have provided those additional individuals' contact information to Plaintiff;

      WHEREAS, due to the parties' continued efforts to finalize an internet notice plan and list of recipients for mailing notice, and to receive approval of their notice plan from the Court, the parties wish to extend the deadline to provide notice to class members to allow completion of a joint notice plan for submission to the Court, so that notice can be provided to all class members at the same time and after the Court has approved the joint notice plan, and to request that the scheduling order be amended to reflect this new deadline;

      WHEREAS, this request for an extension on the deadline to provide class notice will not

impact any of the other deadlines ordered by the Court, including discovery deadlines;

NOW THEREFORE, the parties, by and through their counsel of record, hereby stipulate and agree to the following:

1. Plaintiff will submit to the Court the parties' joint proposed notice plan on January 10, 2018; in the event the parties cannot agree to a joint submission, Plaintiff will submit his proposed notice plan on January 10, 2018.

2. If the Court approves the notice plan, notice will be mailed two days after the Court's approval. The class notice will specify a 60-day opt-out period.

3. All other deadlines in this case remain unchanged.

Approved as to Form and Content,

Dated: January 5, 2018   EARLY SULLIVAN WRIGHT
        GIZER & McRAE LLP

By: */s/--Scott E. Gizer*
    SCOTT E. GIZER
    DEVIN A. MCRAE
    Attorneys for Plaintiff

Dated: January 5, 2018   QUINN EMANUEL URQUHART & SULLIVAN LLP

By: */s/--Tara Lee* _____
    TARA LEE
    KEITH H. FORST
    DANIEL P. MACH
    Attorneys for Defendants

In association with:
    E. LEIF REID
    KRISTEN L. MARTINI
    Attorneys for Defendants

**IT IS SO ORDERED** this 17th day of January, 2018.

_____
Peggy A. Leen
United States Magistrate Judge

198871.1

198871.1

# CERTIFICATE OF SERVICE

I caused the following document(s) to be served to the persons listed below via the Court's Case Management and Electronic Case Filing (CM/ECF) system:

**STIPULATION TO EXTEND CLASS NOTICE DEADLINE**

E. Leif Reid
 *lreid@lrrc.com*
Kristen L. Martini
 *kmartini@lrrc.com*
LEWIS ROCA ROTHGERBER CHRISTIE LLP
50 West Liberty Street, Suite 410
Reno, NV 89501

Erik C. Alberts, *Pro Hac Vice*
 *erik.alberts@ealawfirm.net*
LAW OFFICES OF ERIK C. ALBERTS
5900 Wilshire Boulevard, 26th Floor
Los Angeles, California 90036

Tara Lee, *Pro Hac Vice*
 *taralee@quinnemanuel.com*
Keith H. Forst, *Pro Hac Vice*
 *keithforst@quinnemanuel.com*
Daniel P. Mach, *Pro Hac Vice*
 *danielmach@quinnemanuael.com*
QUINN EMANUEL URQUHART & SULLIVAN LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010

Scott E. Gizer, Esq., Nevada Bar No. 12216
 *sgizer@earlysullivan.com*
EARLY SULLIVAN WRIGHT
  GIZER & McRAE LLP
601 South Seventh Street, 2nd Floor
Las Vegas, Nevada 89101

Devin A. McRae, *Pro Hac Vice*
 *dmcrae@earlysullivan.com*
EARLY SULLIVAN WRIGHT
  GIZER & McRAE LLP
6420 Wilshire Boulevard, 17th Floor
Los Angeles, California 90048

198979.1

**I declare under penalty of perjury that the foregoing is true and correct.**

DATED this 5th day of January, 2018.

                                              */s/ D'Metria Bolden*
                                              D'Metria Bolden



198979.1