Scott E. Gizer, Esq., Nevada Bar No. 12216
  *sgizer@earlysullivan.com*
EARLY SULLIVAN WRIGHT
  GIZER & McRAE LLP
601 South Seventh Street, 2nd Floor
Las Vegas, Nevada 89101
Telephone:  (702) 331-7593
Facsimile:  (702) 331-1652

Devin A. McRae, *Pro Hac Vice*
dmcrae@earlysullivan.com
EARLY SULLIVAN WRIGHT
  GIZER & McRAE LLP
6420 Wilshire Boulevard, 17th Floor
Los Angeles, California 90048
Telephone: (323) 301-4660
Facsimile: (323) 301-4676

Erik C. Alberts, *Pro Hac Vice*
erik.alberts@ealawfirm.net
LAW OFFICES OF ERIK C. ALBERTS
5900 Wilshire Boulevard, 26th Floor
Los Angeles, California 90036
Telephone: (323) 330-0583
Facsimile: (323) 330-0584

Attorneys for Plaintiff
KARL E. RISINGER, and those similarly situated

TARA LEE (*Admitted Pro Hac Vice*)
KEITH H. FORST (*Admitted Pro Hac Vice*)
DANIEL P. MACH (*Admitted Pro Hac Vice*)
QUINN EMANUEL URQUHART & SULLIVAN, LLP
777 6th Street, NW, 11th Floor
Washington, DC 20001
Tel.:  (202) 538-8000
Fax:  (202) 538-8100
taralee@quinnemanuel.com
keithforst@quinnemanuel.com
danielmach@quinnemanuel.com

E. LEIF REID, SBN 5750
KRISTEN L. MARTINI, SBN 11272
LEWIS ROCA ROTHGERBER CHRISTIE LLP
One East Liberty Street, Suite 300
Reno, NV  89501-2128
Tel.:  (775) 823-2900
Fax:  (775) 839-2929
lreid@lrrc.com
kmartini@lrrc.com

*Attorneys for Defendants*

**POST-CLASS CERTIFICATION SCHEDULING ORDER**

201796.1

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| KARL E. RISINGER, an individual, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>SOC LLC, a Delaware limited liability company registered and doing business in Nevada as SOC NEVADA LLC; SOC-SMG, INC., a Nevada corporation; DAY & ZIMMERMANN, INC., a Maryland corporation; and DOES 1-20, inclusive,<br><br>Defendants. | Case No.: 2:12-cv-00063-MMD-PAL<br><br>**POST-CLASS CERTIFICATION SCHEDULING ORDER** |

WHEREAS, on September 29, 2017, this Court ordered a schedule for post-certification discovery, class notice, and pretrial deadlines (Dkt. 191);

WHEREAS, on January 17, 2018, this Court granted the parties' stipulation for an extension of time to submit a joint notice plan and for mailing notice (Dkt. 196);

WHEREAS, on January 25, 2018, the parties filed a joint motion for approval of a clsas notice plan (Dkt. 198);

NOW THEREFORE, the parties, by and through their counsel of record, hereby stipulate and agree to the following:

## CLASS NOTICE

1. Notice to class members will be sent within two days after the Court grants the parties' joint motion for approval of class notice procedures. The class notice will specify a 60-day opt-out period to begin after the date of the mailing.

## CLASS MEMBER AND PUNITIVE DAMAGES DISCOVERY

2. All class member damages and punitive damages fact discovery must be completed by February 28, 2018. Written discovery shall be responded to within 30 days of service. Depositions shall be noticed per code. Regarding Defendants' liability for punitive damages, Defendants may only serve a total of 10 interrogatories on the issues of the Class' ability to recover punitive damages from Defendants and the measure of punitive damages. No other liability discovery (fact or expert) will be permitted. Defendants will also be permitted to supplement their prior discovery responses without waiver of Plaintiffs' right to seek to exclude any information or documents not previously produced in discovery.

3. Any expert witness disclosures on the issue of damages must be made by no later than March 13, 2018.

4. Any rebuttal expert witness disclosures on the issue of damages must be made by no later than March 28, 2018.

5. All expert witness depositions on the issue of damages must be completed by no later than April 11, 2018.

///

6. Any disputes regarding fact or expert discovery shall be resolved by submitting a joint letter to the Magistrate Judge Leen's chambers, who will then schedule a conference call to resolve the dispute.

## **TRIAL DEADLINES**

1. Plaintiff and Defendants will file a joint pretrial order on May 11, 2018.

2. Plaintiff shall submit its trial plan on or before April 6, 2018.

3. Any motions *in limine* or other pretrial motions, including *Daubert* motions, must be filed and served by no later than 30 days before trial.

4. Any oppositions to motions *in limine* or other pretrial motions, including *Daubert* motions, must be filed and served by no later 15 days before trial.

5. No replies to motions *in limine* or other pretrial motions, including *Daubert* motions, shall be filed unless expressly authorized by the Court.

Dated: February 1, 2018

Approved as to Form and Content,

EARLY SULLIVAN WRIGHT
 GIZER & McRAE LLP

By: */s/--Scott E. Gizer*
  SCOTT E. GIZER
  DEVIN A. MCRAE
  Attorneys for Plaintiff

| | |
|---|---|
| Dated:  February 1, 2018 | QUINN EMANUEL URQUHART & SULLIVAN LLP |
| | By: */s/--Tara Lee* |
| |    TARA LEE |
| |    KEITH H. FORST |
| |    DANIEL P. MACH |
| |    Attorneys for Defendants |
| | In association with: |
| |    E. LEIF REID |
| |    KRISTEN L. MARTINI |
| |    Attorneys for Defendants |

**IT IS SO ORDERED.**

Dated this 2nd day of February, 2018

_____
HON. PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE