Scott E. Gizer, Esq., Nevada Bar No. 12216
  sgizer@earlysullivan.com
EARLY SULLIVAN WRIGHT
  GIZER & McRAE LLP
601 South Seventh Street, 2nd Floor
Las Vegas, Nevada 89101
Telephone: (702) 331-7593
Facsimile: (702) 331-1652

Devin A. McRae, Esq., *Pro hac vice*
dmcrae@earlysullivan.com
EARLY SULLIVAN WRIGHT
  GIZER & McRAE LLP
601 South Seventh Street, 2nd Floor
Las Vegas, Nevada 89101
Telephone: (702) 331-7593
Facsimile: (702) 331-1652

Erik C. Alberts, *Pro Hac Vice*
erik.alberts@ealawfirm.net
LAW OFFICES OF ERIK C. ALBERTS
5900 Wilshire Boulevard, 26th Floor
Los Angeles, California 90036
Telephone: (323) 330-0583
Facsimile: (323) 330-0584

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| KARL E. RISINGER, an individual, on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>SOC LLC a Delaware limited liability company registered and doing business in Nevada as SOC NEVADA LLC; SOC-SMG, INC., a Nevada corporation; DAY & ZIMMERMAN, INC., a Maryland corporation; and DOES 1-20, inclusive,<br><br>Defendants. | Case No.: 2:12-cv-00063-MMD-PAL<br><br>**VERIFIED PETITION FOR PERMISSION FOR JOSEPH DEMAIO TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF SCOTT GIZER AS LOCAL COUNSEL** |

EARLY
SULLIVAN
WRIGHT
GIZER &
McRAE LLP
ATTORNEYS AT LAW

203718.1

Joseph Michael DeMaio, Petitioner, respectfully represents to the Court:

1.      That Petitioner is an attorney at law and a member of the law firm of Early Sullivan Wright Gizer & McRae LLP with offices at 6420 Wilshire Boulevard, 17th Floor, Los Angeles, California 90048, (323) 301-4660, jdemaio@earlysullivan.com.

2.      That Petitioner has been retained as a member of the law firm to provide legal representation for plaintiff Karl E. Risinger on behalf of himself and all others similarly situated in connection with the above-entitled case now pending before this Court.

3.      That since December 5, 2015, Petitioner has been and presently is a member in good standing of the bar of the highest Court of the State of California where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.  Attached hereto as **EXHIBIT A** is a true and correct copy of Petitioner's Certificate of Good Standing.

4.      That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| State/Federal Court | Status | Date Admitted | Bar Number |
|---|---|---|---|
| U.S.D.C. Central District of California | Active | 9/22/2016 | 307426 |

5.      That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

        None.

///

EARLY
SULLIVAN
WRIGHT
GIZER &
MCRAE LLP
ATTORNEYS AT LAW

203718.1

1  6.   That Petitioner has never been denied admission to the State Bar of Nevada. (Give

2  particulars if ever denied admission):

3     None.

4  7.   That Petitioner is a member of good standing in the following Bar Associations.

5  California Bar Association.

6  8.   Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2

7  (formerly LR IA 10-2) during the past three (3) years in the following matters:

8     None.

9  9.   Petitioner consents to the jurisdiction of the courts and disciplinary boards of the

10  State of Nevada with respect to the law of this state governing the conduct of attorneys to the

11  same extent as a member of the State Bar of Nevada.

12  10.   Petitioner agrees to comply with the standards of professional conduct required of

13  the members of the bar of this court.

14  11.   Petitioner has disclosed in writing to the client that the applicant is not admitted to

15  practice in this jurisdiction and that the client has consented to such representation.

16  ///

17  ///

18  ///

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///



203718.1

1         That Petitioner respectfully prays that Petitioner be admitted to practice before this Court

2    FOR THE PURPOSES OF THIS CASE ONLY.

3

4    _____

5                                   Petitioner's Signature

6    STATE OF _California_ )

7    COUNTY OF _Los Angeles_ )

8

9    _____Joseph Michael DeMaio_____, Petitioner, being first duly sworn, deposes
     and says:

10

11   That the foregoing statements are true.

12   _____

13                                  Petitioner's Signature

13   Subscribed and sworn to me this

14   _____ day of _____, 2018

15   _____

16   ///      Notary Public or Clerk of Court

17   ///

18   ///

19   ///

20   ///

21   ///

22   ///

23   ///

24   ///

25   ///

26   ///

27   ///


EARLY
SULLIVAN
WRIGHT
GIZER &
MCRAE LLP
ATTORNEYS AT LAW

203718.1

3

**CALIFORNIA ALL-PURPOSE ACKNOWLEDGMENT**  CIVIL CODE § 1189

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California )
County of *LOS ANGELES* )

On *February 15, 2018* before me, *ELAINE VAN RENSBURG, Notary Public,*
　　　*Date*　　　　　　　　　　*Here Insert Name and Title of the Officer*

personally appeared *JOSEPH M. DEMATO*
　　　　　　　　　　　*Name(s) of Signer(s)*

_____,

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____
　　　　　　*Signature of Notary Public*

ELAINE VAN RENSBURG
Notary Public – California
Los Angeles County
Commission # 2202112
My Comm. Expires Jul 18, 2021

　　　*Place Notary Seal Above*

─────────────────── **OPTIONAL** ───────────────────
*Though this section is optional, completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document.*

**Description of Attached Document**
Title or Type of Document: _____ Document Date: _____
Number of Pages: _____ Signer(s) Other Than Named Above: _____

**Capacity(ies) Claimed by Signer(s)**

Signer's Name: _____
☐ Corporate Officer — Title(s): _____
☐ Partner — ☐ Limited ☐ General
☐ Individual ☐ Attorney in Fact
☐ Trustee ☐ Guardian or Conservator
☐ Other: _____
Signer Is Representing: _____

Signer's Name: _____
☐ Corporate Officer — Title(s): _____
☐ Partner — ☐ Limited ☐ General
☐ Individual ☐ Attorney in Fact
☐ Trustee ☐ Guardian or Conservator
☐ Other: _____
Signer Is Representing: _____

©2014 National Notary Association • www.NationalNotary.org • 1-800-US NOTARY (1-800-876-6827) Item #5907

## DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO
## THE BAR OF THIS COURT AND CONSENT THERETO.

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate _____ Scott E. Gizer Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is: Early Sullivan Wright Gizer & McRae LLP, 601 South Seventh Street, 2nd Floor, Las Vegas, NV 89101, Telephone: (702) 331-7593, email: sgizer@earlysullivan.com.

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

## APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) _____ Scott E. Gizer _____, as his/her/their Designated Resident Nevada Counsel in this case.

(name of local counsel)

_____
Karl E. Risinger

///
///
///
///
///
///
///
///

EARLY
SULLIVAN
WRIGHT
GIZER &
McRAE LLP
ATTORNEYS AT LAW

4

203718.1

# CONSENT OF DESIGNEE

The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____
Designated Resident Nevada Counsel's signature

12216                    sgizer@earlysullivan.com
Bar number              Email address

APPROVED:

Dated: this 15th day of February , 20 18 .

_____
UNITED STATES DISTRICT JUDGE

EARLY
SULLIVAN
WRIGHT
GIZER &
MCRAE LLP
ATTORNEYS AT LAW
203718.1

# EXHIBIT A

# THE STATE BAR OF CALIFORNIA

180 HOWARD STREET, SAN FRANCISCO, CALIFORNIA 94105-1617          TELEPHONE: 888-800-3400

## CERTIFICATE OF STANDING

February 13, 2018

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, JOSEPH MICHAEL DEMAIO, #307426 was admitted to the practice of law in this state by the Supreme Court of California on December 5, 2015; and has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Trustees or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

*Louise Turner*

Louise Turner
Custodian of Membership Records

## CERTIFICATE OF SERVICE

I caused the following document(s) to be served to the persons listed below via the Court's Case Management and Electronic Case Filing (CM/ECF) system:

**VERIFIED PETITION FOR PERMISSION FOR JOSEPH DEMAIO TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF SCOTT GIZER AS LOCAL COUNSEL**

E. Leif Reid
   *lreid@lrrc.com*
Kristen L. Martini
   *kmartini@lrrc.com*
LEWIS ROCA ROTHGERBER CHRISTIE LLP
50 West Liberty Street, Suite 410
Reno, NV 89501

Erik C. Alberts, *Pro Hac Vice*
   *erik.alberts@ealawfirm.net*
LAW OFFICES OF ERIK C. ALBERTS
5900 Wilshire Boulevard, 26th Floor
Los Angeles, California 90036

Tara Lee, *Pro Hac Vice*
   *taralee@quinnemanuel.com*
Keith H. Forst, *Pro Hac Vice*
   *keithforst@quinnemanuel.com*
Daniel P. Mach, *Pro Hac Vice*
   *danielmach@quinnemanuael.com*
QUINN EMANUEL URQUHART & SULLIVAN LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010

Scott E. Gizer, Esq., Nevada Bar No. 12216
   *sgizer@earlysullivan.com*
EARLY SULLIVAN WRIGHT
   GIZER & McRAE LLP
601 South Seventh Street, 2nd Floor
Las Vegas, Nevada 89101



EARLY
SULLIVAN
WRIGHT
GIZER &
McRAE LLP
ATTORNEYS AT LAW

Devin A. McRae, *Pro Hac Vice*
  *dmcrae@earlysullivan.com*
EARLY SULLIVAN WRIGHT
  GIZER & McRAE LLP
6420 Wilshire Boulevard, 17th Floor
Los Angeles, California 90048

**I declare under penalty of perjury that the foregoing is true and correct.**

DATED this February 15, 2018.

*/s/ Valerie Segura*_____

Valerie Segura

EARLY
SULLIVAN
WRIGHT
GIZER &
MCRAE LLP
ATTORNEYS AT LAW
