1  Scott E. Gizer, Esq., Nevada Bar No. 12216
     sgizer@earlysullivan.com
2  EARLY SULLIVAN WRIGHT
     GIZER & McRAE LLP
3  601 South Seventh Street, 2nd Floor
   Las Vegas, Nevada 89101
4  Telephone:  (702) 331-7593
   Facsimile:  (702) 331-1652

5
   Devin A. McRae, Esq., *Pro hac vice*
6  dmcrae@earlysullivan.com
   EARLY SULLIVAN WRIGHT
7    GIZER & McRAE LLP
   601 South Seventh Street, 2nd Floor
8  Las Vegas, Nevada 89101
   Telephone:  (702) 331-7593
9  Facsimile:  (702) 331-1652

10  Erik C. Alberts, *Pro Hac Vice*
    erik.alberts@ealawfirm.net
11  LAW OFFICES OF ERIK C. ALBERTS
    5900 Wilshire Boulevard, 26th Floor
12  Los Angeles, California 90036
    Telephone: (323) 330-0583
13  Facsimile: (323) 330-0584

14

15  **UNITED STATES DISTRICT COURT**

16  **DISTRICT OF NEVADA**

17

18  KARL E. RISINGER, an individual, on
    behalf of himself and all others similarly
19  situated,

20              Plaintiffs,

21        vs.

22  SOC LLC a Delaware limited liability
    company registered and doing business in
23  Nevada as SOC NEVADA LLC; SOC-SMG,
    INC., a Nevada corporation; DAY &
24  ZIMMERMAN, INC., a Maryland
    corporation; and DOES 1-20, inclusive,
25
                Defendants.
26

27

28

Case No.: 2:12-cv-00063-MMD-PAL

**VERIFIED PETITION FOR
PERMISSION FOR SCOTT SATKIN
TO PRACTICE IN THIS CASE ONLY
BY ATTORNEY NOT ADMITTED TO
THE BAR OF THIS COURT AND
DESIGNATION OF SCOTT GIZER AS
LOCAL COUNSEL**

EARLY
SULLIVAN
WRIGHT
GIZER &
MCRAE LLP
ATTORNEYS AT LAW

203760.1

Scott Lee Satkin, Petitioner, respectfully represents to the Court:

1.    That Petitioner is an attorney at law and a member of the law firm of Early Sullivan Wright Gizer & McRae LLP with offices at 6420 Wilshire Boulevard, 17th Floor, Los Angeles, California 90048, (323) 301-4673, ssatkin@earlysullivan.com.

2.    That Petitioner has been retained as a member of the law firm to provide legal representation for plaintiff Karl E. Risinger on behalf of himself and all others similarly situated in connection with the above-entitled case now pending before this Court.

3.    That since April 22, 2017, Petitioner has been and presently is a member in good standing of the bar of the highest Court of the State of California where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.  Attached hereto as **EXHIBIT A** is a true and correct copy of Petitioner's Certificate of Good Standing.

4.    That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| State/Federal Court | Status | Date Admitted | Bar Number |
|---|---|---|---|
| U.S.D.C. Central District of California | Active | 7/19/2017 | 314505 |

5.    That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

None.

6.    That Petitioner has never been denied admission to the State Bar of Nevada. (Give

EARLY
SULLIVAN
WRIGHT
GIZER &
MCRAE LLP
ATTORNEYS AT LAW

203760.1

particulars if ever denied admission):

None.

7.     That Petitioner is a member of good standing in the following Bar Associations.

California Bar Association

8.     Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters:

None.

9.     Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10.     Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11.     Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

///
///
///
///
///
///
///
///
///
///
///
///
///
///



EARLY
SULLIVAN
WRIGHT
GIZER &
MCRAE LLP
ATTORNEYS AT LAW

203760.1

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

_____
Petitioner's Signature

STATE OF _California_____ )
                                                        )
COUNTY OF _Los Angeles_____ )


_____Scott L. Satkin_____, Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

_____
Petitioner's Signature

Subscribed and sworn to me this

_____ day of February 15, 2018

_____
Notary Public or Clerk of Court

///
///
///
///
///
///
///
///
///
///
///
///
///


EARLY
SULLIVAN
WRIGHT
GIZER &
MCRAE LLP
ATTORNEYS AT LAW

203760.1

**CALIFORNIA ALL-PURPOSE ACKNOWLEDGMENT**  CIVIL CODE § 1189

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California )
County of _LOS ANGELES_ )

On _February 15, 2018_ before me, _ELAINE VAN RENSBURG, Notary Public_
   Date   Here Insert Name and Title of the Officer

personally appeared _SCOTT L. SATKIN_
   Name(s) of Signer(s)

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

ELAINE VAN RENSBURG
Notary Public – California
Los Angeles County
Commission # 2202112
My Comm. Expires Jul 18, 2021

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____
   Signature of Notary Public

*Place Notary Seal Above*

———————————— **OPTIONAL** ————————————
*Though this section is optional, completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document.*

**Description of Attached Document**
Title or Type of Document: _____  Document Date: _____
Number of Pages: _____  Signer(s) Other Than Named Above: _____

**Capacity(ies) Claimed by Signer(s)**

| | |
|---|---|
| Signer's Name: _____ | Signer's Name: _____ |
| ☐ Corporate Officer — Title(s): _____ | ☐ Corporate Officer — Title(s): _____ |
| ☐ Partner — ☐ Limited  ☐ General | ☑ Partner — ☐ Limited  ☐ General |
| ☐ Individual  ☐ Attorney in Fact | ☐ Individual  ☐ Attorney in Fact |
| ☐ Trustee  ☐ Guardian or Conservator | ☐ Trustee  ☐ Guardian or Conservator |
| ☐ Other: _____ | ☐ Other: _____ |
| Signer Is Representing: _____ | Signer Is Representing: _____ |

©2014 National Notary Association • www.NationalNotary.org • 1-800-US NOTARY (1-800-876-6827)   Item #5907

## DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO
## THE BAR OF THIS COURT AND CONSENT THERETO.

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner

believes it to be in the best interests of the client(s) to designate _____Scott E. Gizer,

Attorney at Law, member of the State of Nevada and previously admitted to practice before the

above-entitled Court as associate resident counsel in this action.  The address and email address of

said designated Nevada counsel is: Early Sullivan Wright Gizer & McRae LLP, 601 South

Seventh Street, 2nd Floor, Las Vegas, NV 89101, Telephone: (702) 331-7593, email:

sgizer@earlysullivan.com.

By this designation the petitioner and undersigned party(ies) agree that this designation

constitutes agreement and authorization for the designated resident admitted counsel to sign

stipulations binding on all of us.


## APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL


The undersigned party(ies) appoint(s) _____Scott E. Gizer_____, as

his/her/their Designated Resident Nevada Counsel in this case.
(name of local counsel)

_____

Karl E. Risinger

///
///
///
///
///
///
///
///
///



EARLY
SULLIVAN
WRIGHT
GIZER &
McRAE LLP
ATTORNEYS AT LAW

203760.1

4

# CONSENT OF DESIGNEE

The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____

Designated Resident Nevada Counsel's signature

_____12216_____     sgizer@earlysullivan.com

Bar number            Email address

APPROVED:

Dated: this _15th_ day of __February__, 20_18_.

_____

UNITED STATES DISTRICT JUDGE


EARLY
SULLIVAN
WRIGHT
GIZER &
MCRAE LLP
ATTORNEYS AT LAW

203760.1

# EXHIBIT A

# EXHIBIT A

# CERTIFICATE OF STANDING

February 13, 2018

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, SCOTT LEE SATKIN, #314505 was admitted to the practice of law in this state by the Supreme Court of California on April 22, 2017; and has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Trustees or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Louise Turner
Custodian of Membership Records

# CERTIFICATE OF SERVICE

I caused the following document(s) to be served to the persons listed below via the Court's Case Management and Electronic Case Filing (CM/ECF) system:

**VERIFIED PETITION FOR PERMISSION FOR SCOTT SATKIN TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF SCOTT GIZER AS LOCAL COUNSEL**

E. Leif Reid
 *lreid@lrrc.com*
Kristen L. Martini
 *kmartini@lrrc.com*
LEWIS ROCA ROTHGERBER CHRISTIE LLP
50 West Liberty Street, Suite 410
Reno, NV 89501


Erik C. Alberts, *Pro Hac Vice*
 *erik.alberts@ealawfirm.net*
LAW OFFICES OF ERIK C. ALBERTS
5900 Wilshire Boulevard, 26th Floor
Los Angeles, California 90036


Tara Lee, *Pro Hac Vice*
 *taralee@quinnemanuel.com*
Keith H. Forst, *Pro Hac Vice*
 *keithforst@quinnemanuel.com*
Daniel P. Mach, *Pro Hac Vice*
 *danielmach@quinnemanuael.com*
QUINN EMANUEL URQUHART & SULLIVAN LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010


Scott E. Gizer, Esq., Nevada Bar No. 12216
 *sgizer@earlysullivan.com*
EARLY SULLIVAN WRIGHT
 GIZER & McRAE LLP
601 South Seventh Street, 2nd Floor
Las Vegas, Nevada 89101



EARLY
SULLIVAN
WRIGHT
GIZER &
MCRAE LLP
ATTORNEYS AT LAW

1

2

3  Devin A. McRae, *Pro Hac Vice*
      *dmcrae@earlysullivan.com*
4  EARLY SULLIVAN WRIGHT
      GIZER & McRAE LLP
5  6420 Wilshire Boulevard, 17th Floor
   Los Angeles, California 90048

6

7

8

9  **I declare under penalty of perjury that the foregoing is true and correct.**

10

11  DATED this February 15, 2018.

12

13

14

15

16                              */s/ Valerie Segura*_____

17                                 Valerie Segura

18

19

20

21

22

23

24

25

26

27

EARLY
SULLIVAN
WRIGHT
GIZER &
MCRAE LLP
ATTORNEYS AT LAW

28