Scott E. Gizer, Esq., Nevada Bar No. 12216
  *sgizer@earlysullivan.com*
EARLY SULLIVAN WRIGHT
  GIZER & McRAE LLP
601 South Seventh Street, 2nd Floor
Las Vegas, Nevada 89101
Telephone:  (702) 331-7593
Facsimile:  (702) 331-1652

Devin A. McRae, *Pro Hac Vice*
dmcrae@earlysullivan.com
EARLY SULLIVAN WRIGHT
  GIZER & McRAE LLP
6420 Wilshire Boulevard, 17th Floor
Los Angeles, California 90048
Telephone: (323) 301-4660
Facsimile: (323) 301-4676

Erik C. Alberts, *Pro Hac Vice*
erik.alberts@ealawfirm.net
LAW OFFICES OF ERIK C. ALBERTS
5900 Wilshire Boulevard, 26th Floor
Los Angeles, California 90036
Telephone: (323) 330-0583
Facsimile: (323) 330-0584

Attorneys for Plaintiff
KARL E. RISINGER, and those similarly situated

Tara Lee, *Pro Hac Vice*
taralee@quinnemanuel.com
Keith H. Forst, *Pro Hac Vice*
keithforst@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN, LLP
1300 I Street, NW, Suite 900
Washington, DC 20005
Tel.: (202) 538-8000
Fax: (202) 538-8100

Daniel P. Mach, *Pro Hac Vice*
danielmach@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
Tel: (212) 849-7066
Facsimile: (212) 847-7100

E. Leif Reid, SBN 5750
lreid@lrrc.com
Kristen L. Martini, SBN 11272
kmartini@lrrc.com
LEWIS ROCA ROTHGERBER CHRISTIE LLP

**STIPULATION TO EXTEND DISCOVERY DEADLINE**

| | |
|---|---|
| One East Liberty Street, Suite 300<br>Reno, NV 89501-2128<br>Tel.: (775) 823-2900<br>Fax: (775) 839-2929<br>lreid@lrrc.com<br>kmartini@lrrc.com<br><br>*Attorneys for Defendants* | |

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| KARL E. RISINGER, an individual, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>SOC LLC, a Delaware limited liability company registered and doing business in Nevada as SOC NEVADA LLC; SOC-SMG, INC., a Nevada corporation; DAY & ZIMMERMANN, INC., a Maryland corporation; and DOES 1-20, inclusive,<br><br>Defendants. | Case No.: 2:12-cv-00063-MMD-PAL<br><br>**STIPULATION TO EXTEND DEADLINE FOR PHASE II DISCOVERY**<br>*(Second Request)* |

WHEREAS, on December 29, 2017, at the status hearing before the Court, the Court ordered a schedule for post-certification discovery, class notice, and pretrial deadlines (ECF No. 191);

WHEREAS, the parties have diligently sought to schedule all noticed depositions in a timely manner, but witness and counsel's availability has required certain rescheduling;

WHEREAS, the parties wish to extend the deadline to allow for the completion of the noticed depositions, particularly Plaintiff's 30(b)(6) deposition of SOC, LLC, and the deposition of the sole class representative, Karl Risinger, before serving expert witness disclosures; and

WHEREAS, this request for an extension on the discovery deadline will not prejudice the overall schedule as the Court has not yet set a trial date;

NOW THEREFORE, the parties hereby stipulate and agree to the following:

## DISCOVERY SCHEDULE

1. Any expert witness disclosures on the issue of damages must be made no later than April 23, 2018.

2. Any rebuttal expert witness disclosures on the issue of damages must be made no later than May 23, 2018.

3. All expert witness depositions on the issue of damages must be completed no later than June 1, 2018.

## TRIAL DEADLINES

4. Plaintiff shall submit its trial plan on or before June 15, 2018.

5. Plaintiff and Defendants will file a joint pretrial order on June 29, 2018.

Dated: April 4, 2018        EARLY SULLIVAN WRIGHT GIZER & McRAE LLP

By: */s/ Scott E. Gizer*
    SCOTT E. GIZER
    DEVIN A. MCRAE
    Attorneys for Plaintiff

| | | |
|---|---|---|
| Dated: April 4, 2018 | | QUINN EMANUEL URQUHART & SULLIVAN LLP |

By: */s/ Tara Lee*
    TARA LEE
    KEITH H. FORST
    DANIEL P. MACH
    Attorneys for Defendants

In association with:
    E. LEIF REID
    KRISTEN L. MARTINI
    Attorneys for Defendants

## **ORDER**

**IT IS SO ORDERED.**

Dated this 6th day of April, 2018

_____
UNITED STATES MAGISTRATE JUDGE