Scott E. Gizer, Esq., Nevada Bar No. 12216
  *sgizer@earlysullivan.com*
EARLY SULLIVAN WRIGHT
  GIZER & McRAE LLP
601 South Seventh Street, 2nd Floor
Las Vegas, Nevada 89101
Telephone:  (702) 331-7593
Facsimile:  (702) 331-1652

Devin A. McRae, *Pro Hac Vice*
dmcrae@earlysullivan.com
EARLY SULLIVAN WRIGHT
  GIZER & McRAE LLP
6420 Wilshire Boulevard, 17th Floor
Los Angeles, California 90048
Telephone: (323) 301-4660
Facsimile: (323) 301-4676

Erik C. Alberts, *Pro Hac Vice*
erik.alberts@ealawfirm.net
LAW OFFICES OF ERIK C. ALBERTS
5900 Wilshire Boulevard, 26th Floor
Los Angeles, California 90036
Telephone: (323) 330-0583
Facsimile: (323) 330-0584

Attorneys for Plaintiff
KARL E. RISINGER, and those similarly situated

Tara Lee, *Pro Hac Vice*
taralee@quinnemanuel.com
Keith H. Forst, *Pro Hac Vice*
keithforst@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN, LLP
1300 I Street, NW, Suite 900
Washington, DC 20005
Tel.: (202) 538-8000
Fax: (202) 538-8100

Daniel P. Mach, *Pro Hac Vice*
danielmach@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
Tel: (212) 849-7066
Facsimile: (212) 847-7100

E. Leif Reid, SBN 5750
lreid@lrrc.com
Kristen L. Martini, SBN 11272
kmartini@lrrc.com
LEWIS ROCA ROTHGERBER CHRISTIE LLP

---

**STIPULATION TO EXTEND CASE DEADLINES**

One East Liberty Street, Suite 300
Reno, NV 89501-2128
Tel.: (775) 823-2900
Fax: (775) 839-2929
lreid@lrrc.com
kmartini@lrrc.com

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| KARL E. RISINGER, an individual, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>SOC LLC, a Delaware limited liability company registered and doing business in Nevada as SOC NEVADA LLC; SOC-SMG, INC., a Nevada corporation; DAY & ZIMMERMANN, INC., a Maryland corporation; and DOES 1-20, inclusive,<br><br>Defendants. | Case No.: 2:12-cv-00063-MMD-PAL<br><br>**STIPULATION TO EXTEND CASE DEADLINES**<br>*(Third Request)* |

WHEREAS, on April 6, 2018, the Court granted the parties' joint stipulation (ECF No. 236) regarding the pretrial schedule for Phase Two discovery and pretrial deadlines (ECF No. 239);

WHEREAS, on May 23, 2018, counsel for Plaintiff informed Defendants that Plaintiff's expert William Buckley is unavailable for deposition before the existing June 1, 2018 deadline because of scheduling issues for Mr. Buckley and Plaintiff's counsel;

WHEREAS, the parties also cannot complete the depositions of Defendants' experts before the existing June 1, 2018 deadline because of scheduling issues;

WHEREAS, the parties wish to extend the deadline to allow for the completion of the expert depositions; and

WHEREAS, this request for an extension of the pretrial case deadlines will not prejudice the overall schedule as the Court has not yet set a trial date;

NOW THEREFORE, the parties hereby stipulate and agree to the following:

## DISCOVERY SCHEDULE

1.     All expert witness depositions on the issue of damages must be completed no later than June 22, 2018.

## TRIAL DEADLINES

2.     Plaintiff shall submit his trial plan on or before July 9, 2018.

3.     Plaintiff and Defendants will file a joint pretrial order on July 23, 2018.


Dated:  May 25, 2018                          EARLY SULLIVAN WRIGHT GIZER & McRAE
                                              LLP

                                              By: */s/ Scott E. Gizer*
                                                    SCOTT E. GIZER
                                                    DEVIN A. MCRAE
                                                    Attorneys for Plaintiff

Dated: May 25, 2018

QUINN EMANUEL URQUHART & SULLIVAN
LLP

By: */s/ Tara Lee*
  TARA LEE
  KEITH H. FORST
  DANIEL P. MACH
  Attorneys for Defendants

In association with:
  E. LEIF REID
  KRISTEN L. MARTINI
  Attorneys for Defendants

## ORDER

**IT IS SO ORDERED.**

Dated this 1st day of June, 2018

_____
UNITED STATES MAGISTRATE JUDGE