Scott E. Gizer, Esq., Nevada Bar No. 12216
　*sgizer@earlysullivan.com*
EARLY SULLIVAN WRIGHT
　GIZER & McRAE LLP
601 South Seventh Street, 2nd Floor
Las Vegas, Nevada 89101
Telephone:  (702) 331-7593
Facsimile:  (702) 331-1652

Devin A. McRae, *Pro Hac Vice*
dmcrae@earlysullivan.com
EARLY SULLIVAN WRIGHT
　GIZER & McRAE LLP
6420 Wilshire Boulevard, 17th Floor
Los Angeles, California 90048
Telephone: (323) 301-4660
Facsimile: (323) 301-4676

Erik C. Alberts, *Pro Hac Vice*
erik.alberts@ealawfirm.net
LAW OFFICES OF ERIK C. ALBERTS
5900 Wilshire Boulevard, 26th Floor
Los Angeles, California 90036
Telephone: (323) 330-0583
Facsimile: (323) 330-0584

Attorneys for Plaintiff
KARL E. RISINGER, and those similarly situated

Tara Lee, *Pro Hac Vice*
taralee@quinnemanuel.com
Keith H. Forst, *Pro Hac Vice*
keithforst@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN, LLP
1300 I Street, NW, Suite 900
Washington, DC 20005
Tel.: (202) 538-8000
Fax: (202) 538-8100

Daniel P. Mach, *Pro Hac Vice*
danielmach@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
Tel: (212) 849-7066
Facsimile: (212) 847-7100

E. Leif Reid, SBN 5750
lreid@lrrc.com
Kristen L. Martini, SBN 11272
kmartini@lrrc.com
LEWIS ROCA ROTHGERBER CHRISTIE LLP

**STIPULATION TO EXTEND BREIFING SCHEDULE**

224434.1

One East Liberty Street, Suite 300
Reno, NV 89501-2128
Tel.: (775) 823-2900
Fax: (775) 839-2929
lreid@lrrc.com
kmartini@lrrc.com

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| KARL E. RISINGER, an individual, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>SOC LLC, a Delaware limited liability company registered and doing business in Nevada as SOC NEVADA LLC; SOC-SMG, INC., a Nevada corporation; DAY & ZIMMERMANN, INC., a Maryland corporation; and DOES 1-20, inclusive,<br><br>Defendants. | Case No.: 2:12-cv-00063-MMD-PAL<br><br>**STIPULATION FOR EXTENSION OF TIME TO BRIEF MOTION TO STRIKE AND EXCLUDE TESTIMONY OF WILLIAM BUCKLEY UNDER *DAUBERT* AND FED. R. EVID. 702**<br><br>*(First Request)* |

1   WHEREAS, on July 9, 2018, Defendants filed their Motion to Strike and Exclude the Testimony of William Buckley (the "Motion") (ECF No. 268);

WHEREAS, Plaintiff's response is currently due on July 23, 2018;

WHEREAS, the parties have conferred and due to scheduling issues, the parties believe that the schedule proposed below is in the interests of justice;

WHEREAS, this request for an extension will not prejudice the overall schedule as the Court has not yet set a trial date in this action;

WHEREAS, this is the parties' first request for an extension of the briefing schedule for the Motion;

NOW THEREFORE, the parties hereby stipulate that the schedule proposed below is in the best interests of justice:

BRIEFING SCHEDULE

1. The deadline for Plaintiff's response to the Motion, currently set for July 23, 2018, shall be extended so that Plaintiff's response is due on or before **July 27, 2018**.

2. The deadline for Defendants to file a reply shall be extended so that Defendants' reply is due on or before **August 6, 2018**.

Dated: July 19, 2018                EARLY SULLIVAN WRIGHT GIZER & McRAE LLP

By: */s/ Scott E. Gizer*
    SCOTT E. GIZER
    DEVIN A. MCRAE
    Attorneys for Plaintiff

///

///

///

///

///

Dated: July 19, 2018                QUINN EMANUEL URQUHART & SULLIVAN LLP

By: */s/ Tara Lee*
    TARA LEE
    KEITH H. FORST
    DANIEL P. MACH
    Attorneys for Defendants

In association with:
    E. LEIF REID
    KRISTEN L. MARTINI
    Attorneys for Defendants

## **ORDER**

**IT IS SO ORDERED.**

Dated this 20th day of July, 2018

_____
UNITED STATES DISTRICT JUDGE