| | |
|---|---|
| 1 | Scott E. Gizer, Esq., Nevada Bar No. 12216 |
| | *sgizer@earlysullivan.com* |
| 2 | EARLY SULLIVAN WRIGHT |
| | GIZER & McRAE LLP |
| 3 | 601 South Seventh Street, 2nd Floor |
| | Las Vegas, Nevada 89101 |
| 4 | Telephone: (702) 331-7593 |
| | Facsimile: (702) 331-1652 |
| 5 | |
| | Devin A. McRae, *Pro Hac Vice* |
| 6 | dmcrae@earlysullivan.com |
| | EARLY SULLIVAN WRIGHT |
| 7 | GIZER & McRAE LLP |
| | 6420 Wilshire Boulevard, 17th Floor |
| 8 | Los Angeles, California 90048 |
| | Telephone: (323) 301-4660 |
| 9 | Facsimile: (323) 301-4676 |
| 10 | Erik C. Alberts, *Pro Hac Vice* |
| | erik.alberts@ealawfirm.net |
| 11 | LAW OFFICES OF ERIK C. ALBERTS |
| | 5900 Wilshire Boulevard, 26th Floor |
| 12 | Los Angeles, California 90036 |
| | Telephone: (323) 330-0583 |
| 13 | Facsimile: (323) 330-0584 |
| 14 | Attorneys for Plaintiff |
| | KARL E. RISINGER, and those similarly situated |
| 15 | |
| | Tara Lee, *Pro Hac Vice* |
| 16 | taralee@quinnemanuel.com |
| | Keith H. Forst, *Pro Hac Vice* |
| 17 | keithforst@quinnemanuel.com |
| 18 | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| | 1300 I Street, NW, Suite 900 |
| 19 | Washington, DC 20005 |
| | Tel.: (202) 538-8000 |
| 20 | Fax: (202) 538-8100 |
| 21 | |
| | Daniel P. Mach, *Pro Hac Vice* |
| 22 | danielmach@quinnemanuel.com |
| | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| 23 | 51 Madison Avenue, 22nd Floor |
| | New York, NY 10010 |
| 24 | Tel: (212) 849-7066 |
| | Facsimile: (212) 847-7100 |
| 25 | |
| 26 | E. Leif Reid, SBN 5750 |
| | lreid@lrrc.com |
| 27 | Kristen L. Martini, SBN 11272 |
| | kmartini@lrrc.com |
| 28 | LEWIS ROCA ROTHGERBER CHRISTIE LLP |

**STIPULATION TO EXTEND BREIFING SCHEDULE**

225170.1

One East Liberty Street, Suite 300
Reno, NV  89501-2128
Tel.:  (775) 823-2900
Fax:  (775) 839-2929
lreid@lrrc.com
kmartini@lrrc.com

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| KARL E. RISINGER, an individual, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>SOC LLC, a Delaware limited liability company registered and doing business in Nevada as SOC NEVADA LLC; SOC-SMG, INC., a Nevada corporation; DAY & ZIMMERMANN, INC., a Maryland corporation; and DOES 1-20, inclusive,<br><br>Defendants. | Case No.: 2:12-cv-00063-MMD-PAL<br><br>**STIPULATION FOR EXTENSION OF TIME TO BRIEF MOTION TO STRIKE AND EXCLUDE TESTIMONY OF WILLIAM BUCKLEY UNDER *DAUBERT* AND FED. R. EVID. 702**<br><br>*(Second Request)* |

1    WHEREAS, on July 9, 2018, Defendants filed their Motion to Strike and Exclude the Testimony of William Buckley (the "Motion") (ECF No. 268);

WHEREAS, Plaintiff's response is currently due on July 27, 2018;

WHEREAS, the parties have conferred and due to scheduling issues that have been caused with Plaintiff's expert due to the Yosemite wildfires, the parties believe that the schedule proposed below is in the interests of justice;

WHEREAS, this request for an extension will not prejudice the overall schedule as the Court has not yet set a trial date in this action;

WHEREAS, this is the parties' second request for an extension of the briefing schedule for the Motion;

NOW THEREFORE, the parties hereby stipulate that the schedule proposed below is in the best interests of justice:

## BRIEFING SCHEDULE

1. The deadline for Plaintiff's response to the Motion, currently set for July 27, 2018, shall be extended so that Plaintiff's response is due on or before **August 1, 2018**.

2. The deadline for Defendants to file a reply shall be extended so that Defendants' reply is due on or before **August 13, 2018**.

Dated: July 27, 2018     EARLY SULLIVAN WRIGHT GIZER & McRAE LLP

By: */s/ Scott E. Gizer*
    SCOTT E. GIZER
    DEVIN A. MCRAE
    Attorneys for Plaintiff

///

///

///

///

///

Dated: July 27, 2018   QUINN EMANUEL URQUHART & SULLIVAN LLP

By: */s/ Tara Lee*
    TARA LEE
    KEITH H. FORST
    DANIEL P. MACH
    Attorneys for Defendants

In association with:
    E. LEIF REID
    KRISTEN L. MARTINI
    Attorneys for Defendants

## **ORDER**

**IT IS SO ORDERED.**

Dated this  30th  day of   July   , 2018

_____
UNITED STATES DISTRICT JUDGE