Scott E. Gizer, Esq., Nevada Bar No. 12216
  *sgizer@earlysullivan.com*
EARLY SULLIVAN WRIGHT
  GIZER & McRAE LLP
601 South Seventh Street, 2nd Floor
Las Vegas, Nevada 89101
Telephone:  (702) 331-7593
Facsimile:  (702) 331-1652

Devin A. McRae, *Pro Hac Vice*
dmcrae@earlysullivan.com
EARLY SULLIVAN WRIGHT
  GIZER & McRAE LLP
6420 Wilshire Boulevard, 17th Floor
Los Angeles, California 90048
Telephone: (323) 301-4660
Facsimile: (323) 301-4676

Erik C. Alberts, *Pro Hac Vice*
erik.alberts@ealawfirm.net
LAW OFFICES OF ERIK C. ALBERTS
5900 Wilshire Boulevard, 26th Floor
Los Angeles, California 90036
Telephone: (323) 330-0583
Facsimile: (323) 330-0584

Attorneys for Plaintiff
KARL E. RISINGER, and those similarly situated

Tara Lee, *Pro Hac Vice*
taralee@quinnemanuel.com
Keith H. Forst, *Pro Hac Vice*
keithforst@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN, LLP
1300 I Street, NW, Suite 900
Washington, DC 20005
Tel.: (202) 538-8000
Fax: (202) 538-8100

Daniel P. Mach, *Pro Hac Vice*
danielmach@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
Tel: (212) 849-7066
Facsimile: (212) 847-7100

E. Leif Reid, SBN 5750
lreid@lrrc.com
Kristen L. Martini, SBN 11272
kmartini@lrrc.com
LEWIS ROCA ROTHGERBER CHRISTIE LLP

One East Liberty Street, Suite 300
Reno, NV 89501-2128
Tel.: (775) 823-2900
Fax: (775) 839-2929
lreid@lrrc.com
kmartini@lrrc.com

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| KARL E. RISINGER, an individual, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>SOC LLC, a Delaware limited liability company registered and doing business in Nevada as SOC NEVADA LLC; SOC-SMG, INC., a Nevada corporation; DAY & ZIMMERMANN, INC., a Maryland corporation; and DOES 1-20, inclusive,<br><br>Defendants. | Case No.: 2:12-cv-00063-MMD-PAL<br><br>**STIPULATION TO AMEND DATE OF THE STATUS AND SCHEDULING CONFERENCE**<br>*(First Request)* |

WHEREAS, on September 7, 2018, the Court set a status and scheduling conference for September 18, 2018, at 9:30am before Magistrate Judge Peggy A. Leen (ECF No. 285);

WHEREAS, both parties have scheduling conflicts on September 18, 2018; and

WHEREAS, the parties spoke with the Court to confirm a new date for the status and scheduling conference;

NOW THEREFORE, the parties hereby stipulate and jointly request that the Court approve the following:

1. The status and scheduling conference currently scheduled for Tuesday, September 18, 2018 at 9:30am will now be held on Monday, September 24, 2018 at 1:45pm before Magistrate Judge Peggy A. Leen.

Dated: September 12, 2018    EARLY SULLIVAN WRIGHT GIZER & McRAE LLP

By: */s/ Scott E. Gizer*
SCOTT E. GIZER
DEVIN A. MCRAE
Attorneys for Plaintiff

Dated: September 12, 2018    QUINN EMANUEL URQUHART & SULLIVAN LLP

By: */s/ Tara Lee*
TARA LEE
KEITH H. FORST
DANIEL P. MACH
Attorneys for Defendants

In association with:
E. LEIF REID
KRISTEN L. MARTINI
Attorneys for Defendants

**IT IS SO ORDERED.**

Dated this 12th day of September, 2018

UNITED STATES MAGISTRATE JUDGE