Tara Lee, *Pro Hac Vice*
taralee@quinnemanuel.com
Keith H. Forst, *Pro Hac Vice*
keithforst@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN, LLP
1300 I Street, NW, Suite 900
Washington, DC 20005
Tel.: (202) 538-8000
Fax: (202) 538-8100

Daniel P. Mach, *Pro Hac Vice*
danielmach@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
Tel.: (212) 849-7066
Fax: (212) 849-7100

E. Leif Reid, SBN 5750
lreid@lrrc.com
Kristen L. Martini, SBN 11272
kmartini@lrrc.com
LEWIS ROCA ROTHGERBER CHRISTlE LLP
One East Liberty Street, Suite 300
Reno, NV 89501-2128
Tel.: (775) 823-2900
Fax: (775) 839-2929

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| KARL E. RISINGER, an individual, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>SOC LLC, a Delaware limited liability company registered and doing business in Nevada as SOC NEVADA LLC; SOC-SMG, INC., a Nevada corporation; DAY & ZIMMERMAN, INC., a Maryland corporation; and DOES 1-20, inclusive,<br><br>Defendants. | Case No.: 2:12-cv-00063-MMD-PAL<br><br>**DEFENDANTS' UNOPPOSED MOTION TO SEAL** |

1       Defendants SOC LLC, SOC-SMG, Inc., and Day & Zimmermann, Inc. (together, "Defendants"), respectfully request, pursuant to Local Rule 10-5, that the Court enter an order restricting access to Exhibits 3 and 10 to Defendants' Submission Regarding Case Management In Response To September 24, 2018 Order, filed October 5, 2018 (ECF No. 295), to the parties in this case. Those exhibits were inadvertently filed in this matter with class members' personal information included. This Court's Local Rules permit filing such information under seal or in redacted form. *See* LR IC 6-1(a)(5). Here, the addresses are not necessary or relevant to the Court's determination of the issues before the Court, and Defendants have already filed versions of these documents in which those addresses are redacted or removed in a Notice of Corrected Image/Document (ECF No. 296). Plaintiff has indicated that he does not oppose this Motion.

      Accordingly, Defendants respectfully request that the Court restrict access to Exhibits 3 and 10 to their Submission Regarding Case Management In Response To September 24, 2018 Order, filed October 5, 2018 (ECF No. 295), to only the parties to this litigation.

DATED: October 9, 2018        QUINN EMANUEL URQUHART & SULLIVAN, LLP

By: */s/ Tara Lee*
    TARA LEE, *Pro Hac Vice*
    KEITH H. FORST, *Pro Hac Vice*
    DANIEL MACH, *Pro Hac Vice*

*In Association with:*

*/s/ E. Leif Reid*
E. LEIF REID, SBN 5750
KRISTEN L. MARTINI, SBN 11272
LEWIS ROCA ROTHGERBER CHRISTIE LLP

*Attorneys for Defendants*

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: October 16, 2018

-1-

# CERTIFICATE OF SERVICE

Pursuant to Federal Rule of Civil Procedure 5(b), I certify that I am an employee of LEWIS ROCA ROTHGERBER CHRISTIE, and that on October 9, 2018, I caused the following document(s) to be served to the persons listed below via the Court's Case Management and Electronic Case Filing (CM/ECF) system:

**DEFENDANTS' UNOPPOSED MOTION TO SEAL**

Scott E. Gizer, Esq., Nevada Bar No. 12216
 *sgizer@earlysullivan.com*
EARLY SULLIVAN WRIGHT
 GIZER & McRAE LLP
601 South Seventh Street, 2nd Floor
Las Vegas, Nevada 89101
Telephone: (702) 331-7593
Facsimile: (702) 331-1652

Devin A. McRae, *Pro Hac Vice*
 dmcrae@earlysullivan.com
EARLY SULLIVAN WRIGHT
 GIZER & McRAE LLP
6420 Wilshire Boulevard, 17th Floor
Los Angeles, California 90048
Telephone: (323) 301-4660
Facsimile: (323) 301-4676

Erik C. Alberts, *Pro Hac Vice*
 erik.alberts@ealawfirm.net
LAW OFFICES OF ERIK C. ALBERTS
5900 Wilshire Boulevard, 26th Floor
Los Angeles, California 90036
Telephone: (323) 330-0583
Facsimile: (323) 330-0584

Attorneys for Plaintiff

**I declare under penalty of perjury that the foregoing is true and correct.**

DATED October 9, 2018.

                                        */s/ Jessie M. Helm*
                                        AN EMPLOYEE OF LEWIS ROCA
                                        ROTHGERBER CHRISTIE LLP