Scott E. Gizer, Esq., Nevada Bar No. 12216
  *sgizer@earlysullivan.com*
EARLY SULLIVAN WRIGHT
  GIZER & McRAE LLP
601 South Seventh Street, 2nd Floor
Las Vegas, Nevada 89101
Telephone:  (702) 331-7593
Facsimile:  (702) 331-1652

Devin A. McRae, *Pro Hac Vice*
dmcrae@earlysullivan.com
EARLY SULLIVAN WRIGHT
  GIZER & McRAE LLP
6420 Wilshire Boulevard, 17th Floor
Los Angeles, California 90048
Telephone: (323) 301-4660
Facsimile: (323) 301-4676

Erik C. Alberts, *Pro Hac Vice*
erik.alberts@ealawfirm.net
LAW OFFICES OF ERIK C. ALBERTS
5900 Wilshire Boulevard, 26th Floor
Los Angeles, California 90036
Telephone: (323) 330-0583
Facsimile: (323) 330-0584

*Attorneys for Plaintiff*

Tara Lee, *Pro Hac Vice*
taralee@quinnemanuel.com
Keith H. Forst, *Pro Hac Vice*
keithforst@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN, LLP
1300 I Street, NW, Suite 900
Washington, DC 20005
Tel.: (202) 538-8000
Fax: (202) 538-8100

Daniel P. Mach, *Pro Hac Vice*
danielmach@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
Tel: (212) 849-7066
Facsimile: (212) 847-7100

E. Leif Reid, SBN 5750
lreid@lrrc.com
Kristen L. Martini, SBN 11272
kmartini@lrrc.com
LEWIS ROCA ROTHGERBER CHRISTIE LLP
One East Liberty Street, Suite 300

Reno, NV 89501-2128
Tel.: (775) 823-2900
Fax: (775) 839-2929
lreid@lrrc.com
kmartini@lrrc.com

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| KARL E. RISINGER, an individual, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>SOC LLC, a Delaware limited liability company registered and doing business in Nevada as SOC NEVADA LLC; SOC-SMG, INC., a Nevada corporation; DAY & ZIMMERMAN, INC., a Maryland corporation; and DOES 1-20, inclusive,<br><br>Defendants. | Case No.: 2:12-cv-00063-MMD-PAL<br><br><br><br>**JOINT MOTION TO STAY THE PERIOD FOR DEPOSITIONS PENDING PLAINTIFF'S OBJECTION TO OCTOBER 9 ORDER** |

Plaintiff Karl Risinger, individually and on behalf of those similarly situated, and Defendants SOC LLC, SOC-SMG, Inc., and Day & Zimmermann, Inc. submit this joint motion for a stay of the 60-day period in which, pursuant to this Court's October 9, 2018 order, Defendants are entitled to notice and take (1) up to 20 telephonic 1-hour depositions of prior deponents to address the issue of hazard pay, and (2) up to 20 in-person 7-hour depositions of respondents to the survey class counsel took of class members while the District Judge considers Plaintiff's pending Objection to Magistrate Judge's October 9, 2018 Order, ECF No. 301, which seeks, *inter alia*, to conduct a new survey. The parties have conferred and agree that a stay of the period for these depositions is appropriate until after the District Judge resolves the pending Objection. A proposed order is appended hereto.

| | |
|---|---|
| Dated: October 31, 2018 | EARLY SULLIVAN WRIGHT GIZER & McRAE LLP |
| | By: */s/ Scott E. Gizer*<br>    SCOTT E. GIZER<br>    DEVIN A. MCRAE<br>    Attorneys for Plaintiff |
| Dated: October 31, 2018 | QUINN EMANUEL URQUHART & SULLIVAN LLP |
| | By: */s/ Tara Lee*<br>    TARA LEE<br>    KEITH H. FORST<br>    DANIEL P. MACH<br>    Attorneys for Defendants |
| | In association with:<br>    E. LEIF REID<br>    KRISTEN L. MARTINI<br>    Attorneys for Defendants |

# CERTIFICATE OF SERVICE

Pursuant to Federal Rule of Civil Procedure 5(b), I certify that I am an employee of QUINN EMANUEL URQUHART & SULLIVAN, LLP, and that on October 31, 2018, I caused the following document(s) to be served to the persons listed below via the Court's Case Management and Electronic Case Filing (CM/ECF) system:

**JOINT MOTION TO STAY THE PERIOD FOR DEPOSITIONS**
**PENDING PLAINTIFF'S OBJECTION TO OCTOBER 9 ORDER**

Scott E. Gizer, Esq., Nevada Bar No. 12216
  *sgizer@earlysullivan.com*
EARLY SULLIVAN WRIGHT
  GIZER & McRAE LLP
601 South Seventh Street, 2nd Floor
Las Vegas, Nevada 89101
Tel.: (702) 331-7593
Fax: (702) 331-1652

Devin A. McRae, *Pro Hac Vice*
  dmcrae@earlysullivan.com
EARLY SULLIVAN WRIGHT
  GIZER & McRAE LLP
6420 Wilshire Boulevard, 17th Floor
Los Angeles, California 90048
Tel.: (323) 301-4660
Fax: (323) 301-4676

Erik C. Alberts, *Pro Hac Vice*
  erik.alberts@ealawfirm.net
LAW OFFICES OF ERIK C. ALBERTS
5900 Wilshire Boulevard, 26th Floor
Los Angeles, California 90036
Tel.: (323) 330-0583
Fax: (323) 330-0584

Attorneys for Plaintiff

**I declare under penalty of perjury that the foregoing is true and correct.**

DATED October 31, 2018.

>             */s/ Daniel P. Mach*
>             AN EMPLOYEE OF QUINN EMANUEL
>             URQUHART & SULLIVAN, LLP

Scott E. Gizer, Esq., Nevada Bar No. 12216
 *sgizer@earlysullivan.com*
EARLY SULLIVAN WRIGHT
  GIZER & McRAE LLP
601 South Seventh Street, 2nd Floor
Las Vegas, Nevada 89101
Telephone:  (702) 331-7593
Facsimile:  (702) 331-1652

Devin A. McRae, *Pro Hac Vice*
dmcrae@earlysullivan.com
EARLY SULLIVAN WRIGHT
  GIZER & MCRAE LLP
6420 Wilshire Boulevard, 17th Floor
Los Angeles, California 90048
Telephone: (323) 301-4660
Facsimile: (323) 301-4676

Erik C. Alberts, *Pro Hac Vice*
erik.alberts@ealawfirm.net
LAW OFFICES OF ERIK C. ALBERTS
5900 Wilshire Boulevard, 26th Floor
Los Angeles, California 90036
Telephone: (323) 330-0583
Facsimile: (323) 330-0584

*Attorneys for Plaintiff*

Tara Lee, *Pro Hac Vice*
taralee@quinnemanuel.com
Keith H. Forst, *Pro Hac Vice*
keithforst@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN, LLP
1300 I Street, NW, Suite 900
Washington, DC 20005
Tel.: (202) 538-8000
Fax: (202) 538-8100

Daniel P. Mach, *Pro Hac Vice*
danielmach@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
Tel: (212) 849-7066
Facsimile: (212) 847-7100

E. Leif Reid, SBN 5750
lreid@lrrc.com
Kristen L. Martini, SBN 11272
kmartini@lrrc.com
LEWIS ROCA ROTHGERBER CHRISTIE LLP
One East Liberty Street, Suite 300

Reno, NV 89501-2128
Tel.: (775) 823-2900
Fax: (775) 839-2929
lreid@lrrc.com
kmartini@lrrc.com

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| KARL E. RISINGER, an individual, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>SOC LLC, a Delaware limited liability company registered and doing business in Nevada as SOC NEVADA LLC; SOC-SMG, INC., a Nevada corporation; DAY & ZIMMERMANN, INC., a Maryland corporation; and DOES 1-20, inclusive,<br><br>Defendants. | Case No.: 2:12-cv-00063-MMD-PAL<br><br><br><br>**ORDER GRANTING DEFENDANTS' MOTION TO STAY** |

1   IT IS ORDERED that the parties' Joint Motion to Stay The Period For Depositions
2  Pending Plaintiff's Objection To October 9, 2018 Order is GRANTED.  Defendants may notice
3  and take the depositions allowed pursuant to this Court's October 9, 2018 Order within a period to
4  be set after the District Judge rules on Plaintiff's pending objection.

Dated this 2nd day of November, 2018.

_____
UNITED STATES MAGISTRATE JUDGE