Scott E. Gizer, Esq., Nevada Bar No. 12216
  *sgizer@earlysullivan.com*
EARLY SULLIVAN WRIGHT
  GIZER & McRAE LLP
601 South Seventh Street, 2nd Floor
Las Vegas, Nevada 89101
Telephone:  (702) 331-7593
Facsimile:  (702) 331-1652

Devin A. McRae, *Pro Hac Vice*
dmcrae@earlysullivan.com
EARLY SULLIVAN WRIGHT
  GIZER & McRAE LLP
6420 Wilshire Boulevard, 17th Floor
Los Angeles, California 90048
Telephone: (323) 301-4660
Facsimile: (323) 301-4676

Erik C. Alberts, *Pro Hac Vice*
erik.alberts@ealawfirm.net
LAW OFFICES OF ERIK C. ALBERTS
5900 Wilshire Boulevard, 26th Floor
Los Angeles, California 90036
Telephone: (323) 330-0583
Facsimile: (323) 330-0584

Attorneys for Plaintiff
KARL E. RISINGER, and those similarly situated

Tara Lee, *Pro Hac Vice*
taralee@quinnemanuel.com
Keith H. Forst, *Pro Hac Vice*
keithforst@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN, LLP
1300 I Street, NW, Suite 900
Washington, DC 20005
Tel.: (202) 538-8000
Fax: (202) 538-8100

Daniel P. Mach, *Pro Hac Vice*
danielmach@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
Tel: (212) 849-7066
Facsimile: (212) 847-7100

E. Leif Reid, SBN 5750
lreid@lrrc.com
Kristen L. Martini, SBN 11272
kmartini@lrrc.com
LEWIS ROCA ROTHGERBER CHRISTIE LLP

**STIPULATION TO VACATE DEADLINE FOR JOINT STATUS REPORT**

One East Liberty Street, Suite 300
Reno, NV  89501-2128
Tel.:  (775) 823-2900
Fax:  (775) 839-2929
lreid@lrrc.com
kmartini@lrrc.com

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| KARL E. RISINGER, an individual, on behalf of himself and all others similarly situated,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>SOC LLC, a Delaware limited liability company registered and doing business in Nevada as SOC NEVADA LLC; SOC-SMG, INC., a Nevada corporation; DAY & ZIMMERMANN, INC., a Maryland corporation; and DOES 1-20, inclusive,<br><br>　　　　　　　Defendants. | Case No.: 2:12-cv-00063-MMD-PAL<br><br>**STIPULATION TO VACATE DEADLINE FOR JOINT STATUS REPORT**<br>*(First Request)* |

WHEREAS, on October 9, 2018, the Court ordered the parties to submit a Joint Status Report on the results of the collection of Karl Risinger's communications by November 15, 2018, and set a status conference on the issue for November 19, 2018, at 9:30 a.m. (ECF No. 298);

WHEREAS, the Court granted the parties' Joint Motion to Stay the Period for Depositions Pending Plaintiff's Objection to October 9 Order (ECF No. 303) on November 2, 2018 and, on November 7, 2018, vacated the status conference set for November 19, 2018 (ECF No. 305); and

WHEREAS, the parties are continuing to discuss the collection of Karl Risinger's documents and, because the November 19, 2018 hearing has been vacated, plan to continue those discussions over the next few weeks to attempt to resolve any differences;

NOW THEREFORE, the parties hereby jointly request that the Court order the following:

1. The November 15, 2018 deadline for a Joint Status Report is vacated and will be reset after the District Judge rules on Plaintiff's pending Objection to the October 9 order.

Dated: November 13, 2018  EARLY SULLIVAN WRIGHT GIZER & McRAE LLP

By: */s/ Scott E. Gizer*
    SCOTT E. GIZER
    DEVIN A. MCRAE
    Attorneys for Plaintiff

Dated: November 13, 2018  QUINN EMANUEL URQUHART & SULLIVAN LLP

By: */s/ Tara Lee*
    TARA LEE
    KEITH H. FORST
    DANIEL P. MACH
    Attorneys for Defendants

In association with:
    E. LEIF REID
    KRISTEN L. MARTINI
    Attorneys for Defendants

**IT IS SO ORDERED.**

Dated this 14th day of November, 2018

UNITED STATES MAGISTRATE JUDGE