1  Scott E. Gizer, Esq., Nevada Bar No. 12216
     *sgizer@earlysullivan.com*
2  EARLY SULLIVAN WRIGHT
     GIZER & McRAE LLP
3  601 South Seventh Street, 2nd Floor
   Las Vegas, Nevada 89101
4  Telephone:  (702) 331-7593
   Facsimile:  (702) 331-1652
5
6  Devin A. McRae, *Pro Hac Vice*
   dmcrae@earlysullivan.com
   EARLY SULLIVAN WRIGHT
7    GIZER & McRAE LLP
   6420 Wilshire Boulevard, 17th Floor
8  Los Angeles, California 90048
   Telephone: (323) 301-4660
9  Facsimile: (323) 301-4676

10 Erik C. Alberts, *Pro Hac Vice*
   erik.alberts@ealawfirm.net
11 LAW OFFICES OF ERIK C. ALBERTS
   5900 Wilshire Boulevard, 26th Floor
12 Los Angeles, California 90036
   Telephone: (323) 330-0583
13 Facsimile: (323) 330-0584

14 Attorneys for Plaintiff
   KARL E. RISINGER, and those similarly situated

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| KARL E. RISINGER, an individual, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>SOC LLC, a Delaware limited liability company registered and doing business in Nevada as SOC NEVADA LLC; SOC-SMG, INC., a Nevada corporation; DAY & ZIMMERMAN, INC., a Maryland corporation; and DOES 1-20, inclusive,<br><br>Defendants. | Case No.: 2:12-cv-00063-MMD-PAL<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING CASE DEADLINES**<br>(***First Request***) |



WHEREAS, on December 11, 2018, the Court ordered Plaintiff Karl E. Risinger ("Plaintiff") and Defendants SOC LLC, SOC-SMG, Inc., and Day & Zimmermann, Inc. (together, "Defendants", and jointly with Plaintiff, the "Parties") to file a Joint Pretrial Order on April 2, 2019;

WHEREAS, key members of Plaintiff's trial counsel team are in trial in another matter from March 11, 2019, through March 29, 2019, and thus Plaintiff requests additional time to prepare the Pretrial Order, which is due on April 2, 2019, only two court days from the scheduled completion of said trial;

WHEREAS, on March 14, 2019, Defendants filed a Motion for Leave to File a Supplemental Memorandum in Support of Defendants' Motion for Reconsideration ("Supplemental Motion for Reconsideration") (ECF No. 337), and the deadline for Plaintiff to oppose Defendants' Supplemental Motion for Reconsideration is March 28, 2019;

WHEREAS, Plaintiff wishes to extend the deadlines for the Joint Pretrial Order and Plaintiff's Opposition to Defendants' Supplemental Motion for Reconsideration;

WHEREAS, Defendant does not oppose these requests.

WHEREAS, these requests will not prejudice the overall schedule as the Court has not yet set a trial date;

NOW THEREFORE, the parties hereby stipulate and agree to the following:

## MOTION SCHEDULE

1. The deadline for Plaintiff's Opposition to Defendants Supplemental Motion for Reconsideration shall be extended to April 11, 2019.

////
////
////
////
////
////
////

<u>TRIAL DEADLINES</u>

2. The deadline for the parties' Joint Pretrial order shall be extended to April 23, 2019.

Dated: March 20, 2019            EARLY SULLIVAN WRIGHT
                                         GIZER & McRAE LLP

                                       By: */s/ Devin A. McRae*
                                            SCOTT E. GIZER
                                            DEVIN A. MCRAE
                                            Attorneys for Plaintiff

Dated: March 20, 2019            QUINN EMANUEL URQUHART & SULLIVAN LLP

                                       By: */s/ Tara Lee*
                                            TARA LEE
                                            KEITH FORST
                                            DANIEL MACH
                                            Attorneys for Defendants

**IT IS SO ORDERED.**

Dated this 22nd day of March, 2019

_____
UNITED STATES MAGISTRATE JUDGE



# CERTIFICATE OF SERVICE

I caused the following document(s) to be served to the persons listed below via the Court's Case Management and Electronic Case Filing (CM/ECF) system:

**STIPULATION AND [PROPOSED] ORDER EXTENDING CASE DEADLINES**
(*First Request*)

E. Leif Reid
  lreid@lrrc.com
Kristen L. Martini
  kmartini@lrrc.com
LEWIS ROCA ROTHGERBER CHRISTIE LLP
One East Liberty Street, Suite 300
Reno, NV 89501

Erik C. Alberts, *Pro Hac Vice*
  erik.alberts@ealawfirm.net
LAW OFFICES OF ERIK C. ALBERTS
5900 Wilshire Boulevard, 26th Floor
Los Angeles, California 90036

Tara Lee, *Pro Hac Vice*
  taralee@quinnemanuel.com
Keith H. Forst, *Pro Hac Vice*
  keithforst@quinnemanuel.com
Daniel P. Mach, *Pro Hac Vice*
  danielmach@quinnemanuael.com
QUINN EMANUEL URQUHART & SULLIVAN LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010

Scott E. Gizer, Esq., Nevada Bar No. 12216
  sgizer@earlysullivan.com
EARLY SULLIVAN WRIGHT
  GIZER & McRAE LLP
601 South Seventh Street, 2nd Floor
Las Vegas, Nevada 89101

Devin A. McRae, *Pro Hac Vice*
  dmcrae@earlysullivan.com
EARLY SULLIVAN WRIGHT
  GIZER & McRAE LLP
6420 Wilshire Boulevard, 17th Floor
Los Angeles, California 90048

**I declare under penalty of perjury that the foregoing is true and correct.**

DATED this 20th day of March 20, 2019.

                                       */s/ Esther Silverman*
                                       Esther Silverman

