Scott E. Gizer, Esq., Nevada Bar No. 12216
 *sgizer@earlysullivan.com*
EARLY SULLIVAN WRIGHT
  GIZER & McRAE LLP
601 South Seventh Street, 2nd Floor
Las Vegas, Nevada 89101
Telephone: (702) 331-7593
Facsimile: (702) 331-1652

Devin A. McRae, *Pro Hac Vice*
dmcrae@earlysullivan.com
EARLY SULLIVAN WRIGHT
  GIZER & McRAE LLP
6420 Wilshire Boulevard, 17th Floor
Los Angeles, California 90048
Telephone: (323) 301-4660
Facsimile: (323) 301-4676

Erik C. Alberts, *Pro Hac Vice*
erik.alberts@ealawfirm.net
LAW OFFICES OF ERIK C. ALBERTS
5900 Wilshire Boulevard, 26th Floor
Los Angeles, California 90036
Telephone: (323) 330-0583
Facsimile: (323) 330-0584

Attorneys for Plaintiff
KARL E. RISINGER, and those similarly situated

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| KARL E. RISINGER, an individual, on behalf of himself and all others similarly situated,<br><br>                    Plaintiff,<br><br>          vs.<br><br>SOC LLC, a Delaware limited liability company registered and doing business in Nevada as SOC NEVADA LLC; SOC-SMG, INC., a Nevada corporation; DAY & ZIMMERMAN, INC., a Maryland corporation; and DOES 1-20, inclusive,<br><br>                    Defendants. | Case No.: 2:12-cv-00063-MMD-PAL<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING BRIEFING SCHEDULE RE MOTION TO DECERTIFY CLASS**<br>***(First Stipulation, Second Request)*** |



WHEREAS, on April 4, 2019, Defendants SOC LLC, SOC-SMG, Inc., and Day & Zimmermann, Inc. ("Defendants") filed their Motion to Decertify Class (ECF No. 344);

WHEREAS, key members of Plaintiff Karl E. Risinger's ("Plaintiff") trial counsel team have pre-planned vacations scheduled from April 13 through at least April 19, 2019, and Plaintiff desires to extend the deadline to file an opposition, currently set for April 18, 2019.

WHEREAS, on April 10, 2019, Plaintiff filed its First Motion to Extend Time to Respond to Defendants Motion to Decertify Class (ECF No. 347);

WHEREAS, on April 11, 2019 the Court denied Plaintiff's First Motion to Extend Time to Respond without prejudice, noting that good cause exists to extend the current deadline, but that the requested extension until resolution of Plaintiff's Motion to Strike (ECF No. 345) was not warranted;

WHEREAS, on April 11, 2019 Plaintiff and Defendant (together, the "Parties") agreed to an extension of time for the Parties to file their respective briefs, such that Plaintiff's opposition will be due on May 17, 2019 and Defendants' reply will be due on June 7, 2019;

WHEREAS, these requests will not prejudice the overall schedule as the Court has not yet set a trial date;

NOW THEREFORE, the parties hereby stipulate and agree to the following:

///
///
///
///
///
///
///
///
///
///
///



**STIPULATION AND [PROPOSED] ORDER EXTENDING BRIEFING**

267549.2

MOTION SCHEDULE

1.  The deadline for Plaintiff's Opposition to Defendants' Motion to Decertify Class shall be extended to May 17, 2019;

2.  The deadline for Defendants' Reply in Support of Motion to Decertify Class shall be extended to June 7, 2019.


Dated:  April 11, 2019    EARLY SULLIVAN WRIGHT
             GIZER & McRAE LLP


             By: */s/ Devin A. McRae*
              SCOTT E. GIZER
              DEVIN A. MCRAE
              Attorneys for Plaintiff


Dated:  April 11, 2019    QUINN EMANUEL URQUHART & SULLIVAN
             LLP


             By: */s/ Tara Lee*
              TARA LEE
              KEITH FORST
              MEGHAN MCCAFFREY
              Attorneys for Defendants


             In association with:
              E. LEIF REID
              KRISTEN L. MARTINI
              Attorneys for Defendants


             **IT IS SO ORDERED.**

             Dated this  15th day of April, 2019

             _____
             UNITED STATES DISTRICT JUDGE



267549.2

I caused the following document(s) to be served to the persons listed below via the Court's Case Management and Electronic Case Filing (CM/ECF) system:

**STIPULATION AND [PROPOSED] ORDER EXTENDING BRIEFING SCHEDULE RE MOTION TO DECERTIFY CLASS**
***(First Stipulation, Second Request)***

E. Leif Reid
 *lreid@lrrc.com*
Kristen L. Martini
 *kmartini@lrrc.com*
LEWIS ROCA ROTHGERBER CHRISTIE LLP
One East Liberty Street, Suite 300
Reno, NV 89501

Erik C. Alberts, *Pro Hac Vice*
 *erik.alberts@ealawfirm.net*
LAW OFFICES OF ERIK C. ALBERTS
5900 Wilshire Boulevard, 26th Floor
Los Angeles, California 90036

Tara Lee, *Pro Hac Vice*
 *taralee@quinnemanuel.com*
Keith H. Forst, *Pro Hac Vice*
 *keithforst@quinnemanuel.com*
Daniel P. Mach, *Pro Hac Vice*
 *danielmach@quinnemanuael.com*
QUINN EMANUEL URQUHART & SULLIVAN LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010

Scott E. Gizer, Esq., Nevada Bar No. 12216
 *sgizer@earlysullivan.com*
EARLY SULLIVAN WRIGHT
 GIZER & McRAE LLP
601 South Seventh Street, 2nd Floor
Las Vegas, Nevada 89101

Devin A. McRae, *Pro Hac Vice*
 *dmcrae@earlysullivan.com*
EARLY SULLIVAN WRIGHT
 GIZER & McRAE LLP
6420 Wilshire Boulevard, 17th Floor
Los Angeles, California 90048

**I declare under penalty of perjury that the foregoing is true and correct.**

DATED this 11th day of April, 2019.

*/s/ Esther Silverman*
Esther Silverman

