Tara Lee, *Pro Hac Vice*
taralee@quinnemanuel.com
Keith H. Forst, *Pro Hac Vice*
keithforst@quinnemanuel.com
Meghan McCaffrey, *Pro Hac Vice*
meghanmccaffrey@quinnemanuel.com
Derick K. Sohn, Jr., *Pro Hac Vice*
dericksohn@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN, LLP
1300 I Street, NW, Suite 900
Washington, DC 20005
Tel.: (202) 538-8000
Fax: (202) 538-8100

E. Leif Reid, SBN 5750
lreid@lrrc.com
Kristen L. Martini, SBN 11272
kmartini@lrrc.com
LEWIS ROCA ROTHGERBER CHRISTIE LLP
One East Liberty Street, Suite 300
Reno, NV 89501
Tel.: (775) 823-2900
Fax: (775) 839-2929

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| KARL E. RISINGER, an individual, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>SOC LLC, a Delaware limited liability company registered and doing business in Nevada as SOC NEVADA LLC; SOC-SMG, INC., a Nevada corporation; DAY & ZIMMERMAN, INC., a Maryland corporation; and DOES 1-20, inclusive,<br><br>Defendants. | Case No.: 2:12-cv-00063-MMD-PAL<br><br><br><br>**UNOPPOSED MOTION TO WITHDRAW AS COUNSEL** |

| | |
|---|---|
| 1 | Pursuant to Local Rule IA 11-6, the undersigned attorneys respectfully request that the Court grant leave for Derick Sohn to withdraw as counsel for Defendants SOC LLC ("SOC"), SOC-SMG, Inc. ("SMG"), and Day & Zimmermann, Inc. (together, "Defendants"). |

DATED: October 7, 2019

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By: */s/ Tara Lee*
Tara Lee, *Pro Hac Vice*
taralee@quinnemanuel.com
Keith H. Forst, *Pro Hac Vice*
keithforst@quinnemanuel.com
Meghan McCaffrey, *Pro Hac Vice*
meghanmccaffrey@quinnemanuel.com
Derick K. Sohn, Jr., *Pro Hac Vice*
dericksohn@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN, LLP
1300 I Street, NW, Suite 900
Washington, DC 20005
Tel.: (202) 538-8000
Fax: (202) 538-8100

In association with:

By: */s/ E. Leif Reid*
E. Leif Reid, SBN 5750
(lreid@lrrc.com)
Kristen L. Martini, SBN 11272
(kmartini@lrrc.com)
LEWIS ROCA ROTHGERBER CHRISTIE LLP
One East Liberty Street, Suite 300
Reno, NV 89501

*Attorneys for Defendants*

**UNOPPOSED MOTION TO WITHDRAW AS COUNSEL**

1. On March 12, 2018, Derick Sohn submitted a Verified Petition for Permission to Practice only in this matter, and on the same day, the Court granted the Petition.

2. Mr. Sohn seeks to withdraw from this matter because, effective October 8, 2019, he will no longer be associated with Defendants' counsel Quinn Emanuel Urquhart & Sullivan, LLP.

3. Granting this request will not cause any delay because Defendants will continue to be represented by the remaining counsel of record for Defendants.

4. Accordingly, Defendants respectfully request that Derick Sohn be granted leave to withdraw.

5. Defendants' counsel have conferred with Plaintiff's counsel regarding the Motion. Plaintiff's counsel have stated that they do not oppose this motion.

**IT IS ORDERED that Defendants' Motion to Withdraw as Counsel is DENIED without prejudice, as counsel has not indicated whether they served notice on the affected client as required by LR 11-6(b).**

**IT IS SO ORDERED**

**DATED:** 10/11/19

_____
**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

Case No. 2:12-cv-00063-MMD-PAL
UNOPPOSED MOTION TO WITHDRAW AS COUNSEL

| | | |
|---|---|---|
| DATED: October 7, 2019 | | QUINN EMANUEL URQUHART & SULLIVAN, LLP |

By    */s/ Tara Lee*
    Tara Lee, *Pro Hac Vice*
    taralee@quinnemanuel.com
    Keith H. Forst, *Pro Hac Vice*
    keithforst@quinnemanuel.com
    Meghan McCaffrey, *Pro Hac Vice*
    meghanmccaffrey@quinnemanuel.com
    Derick K. Sohn, Jr., *Pro Hac Vice*
    dericksohn@quinnemanuel.com
    QUINN EMANUEL URQUHART & SULLIVAN, LLP
    1300 I Street, NW, Suite 900
    Washington, DC 20005
    Tel.: (202) 538-8000
    Fax: (202) 538-8100

In association with:

By    */s/ E. Leif Reid*
    E. Leif Reid, SBN 5750
    (lreid@lrrc.com)
    Kristen L. Martini, SBN 11272
    (kmartini@lrrc.com)
    LEWIS ROCA ROTHGERBER CHRISTIE LLP
    One East Liberty Street, Suite 300
    Reno, NV 89501

    *Attorneys for Defendants*

# CERTIFICATE OF SERVICE

Pursuant to Federal Rule of Civil Procedure 5(b), I certify that I am an employee of QUINN EMANUEL URQUHART & SULLIVAN, LLP, and that on October 7, 2019, I caused the following document(s) to be served to the persons listed below via the Court's Case Management and Electronic Case Filing (CM/ECF) system:

**UNOPPOSED MOTION TO WITHDRAW AS COUNSEL**

Scott E. Gizer, Esq., Nevada Bar No. 12216
  *sgizer@earlysullivan.com*
EARLY SULLIVAN WRIGHT
  GIZER & McRAE LLP
601 South Seventh Street, 2nd Floor
Las Vegas, Nevada 89101
Tel.: (702) 331-7593
Fax: (702) 331-1652

Devin A. McRae, *Pro Hac Vice*
  *dmcrae@earlysullivan.com*
EARLY SULLIVAN WRIGHT
  GIZER & McRAE LLP
6420 Wilshire Boulevard, 17th Floor
Los Angeles, California 90048
Tel.: (323) 301-4660
Fax: (323) 301-4676

Erik C. Alberts, *Pro Hac Vice*
  *erik.alberts@ealawfirm.net*
LAW OFFICES OF ERIK C. ALBERTS
5900 Wilshire Boulevard, 26th Floor
Los Angeles, California 90036
Tel.: (323) 330-0583
Fax: (323) 330-0584

Attorneys for Plaintiff

**I declare under penalty of perjury that the foregoing is true and correct.**

DATED October 7, 2019.

                                         */s/ Derick K. Sohn, Jr.*
                                    AN EMPLOYEE OF QUINN EMANUEL
                                    URQUHART & SULLIVAN, LLP