1  Scott E. Gizer, Nevada Bar No. 12216
      sgizer@earlysullivan.com
2  EARLY SULLIVAN WRIGHT
      GIZER & McRAE LLP
3  601 South Seventh Street, 2nd Floor
   Las Vegas, Nevada 89101
4  Telephone:  (702) 331-7593
   Facsimile:  (702) 331-1652
5

   Devin A. McRae, *Pro Hac Vice*
6  dmcrae@earlysullivan.com
   EARLY SULLIVAN WRIGHT
7     GIZER & MCRAE LLP
   6420 Wilshire Boulevard, 17th Floor
8  Los Angeles, California 90048
   Telephone: (323) 301-4660
9  Facsimile: (323) 301-4676

10 Erik C. Alberts, *Pro Hac Vice*
   erik.alberts@ealawfirm.net
11 LAW OFFICES OF ERIK C. ALBERTS
   5900 Wilshire Boulevard, 26th Floor
12 Los Angeles, California 90036
   Telephone: (323) 330-0583
13 Facsimile: (323) 330-0584
   *Attorneys for Plaintiff*
14

   Tara Lee, *Pro Hac Vice*
15 taralee@quinnemanuel.com
   Keith H. Forst, *Pro Hac Vice*
16 keithforst@quinnemanuel.com
   Meghan A. McCaffrey, *Pro Hac Vice*
17 meghanmccaffrey@quinnemanuel.com
18 QUINN EMANUEL URQUHART & SULLIVAN, LLP
   1300 I Street, NW, Suite 900
19 Washington, DC 20005
   Tel.: (202) 538-8000
20 Fax: (202) 538-8100

21
   E. Leif Reid, SBN 5750
22 lreid@lrrc.com
   Kristen L. Martini, SBN 11272
23 kmartini@lrrc.com
   LEWIS ROCA ROTHGERBER CHRISTIE LLP
24 One East Liberty Street, Suite 300
   Reno, NV  89501-2128
25 Tel.:  (775) 823-2900
26 Fax:  (775) 839-2929
   *Attorneys for Defendants*
27

28

| | |
|---|---|
| 1 | **UNITED STATES DISTRICT COURT** |
| 2 | **DISTRICT OF NEVADA** |

| | | |
|---|---|---|
| 4 | KARL E. RISINGER, an individual, on behalf of himself and all others similarly situated, | Case No.: 2:12-cv-00063-MMD-BNW |
| 5 | | |
| 6 | Plaintiff, | |
| 7 | vs. | **JOINT STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE** |
| 8 | SOC LLC, a Delaware limited liability company registered and doing business in Nevada as SOC NEVADA LLC; SOC-SMG, INC., a Nevada corporation; DAY & ZIMMERMAN, INC., a Maryland corporation; and DOES 1-20, inclusive, | |
| 9 | | |
| 10 | | |
| 11 | Defendants. | |

1     The Parties in the above-captioned action, by and through their respective counsel of record, hereby jointly stipulate and agree, pursuant to Fed. R. Civ. P 41(a)(1), that the above-captioned action should be dismissed with prejudice by order of this Court.

    This Joint Stipulation for Dismissal with Prejudice is executed as part of an out-of-court settlement between the Parties. Pursuant to the terms of the Settlement Agreement and Release, each Party hereto shall bear its own attorneys' fees and costs.

Dated: December 9, 2019      EARLY SULLIVAN WRIGHT GIZER & McRAE LLP
                                                       By: */s/ Scott E. Gizer*
                                                             SCOTT E. GIZER
                                                             DEVIN A. MCRAE
                                                             Attorneys for Plaintiff

Dated: December 9, 2019      QUINN EMANUEL URQUHART & SULLIVAN LLP
                                                         By: */s/ Tara Lee*
                                                            TARA LEE
                                                            KEITH H. FORST
                                                            MEGHAN A. MCCAFFREY

                                                            In association with:
                                                            E. LEIF REID
                                                            KRISTEN L. MARTINI
                                                            Attorneys for Defendants

**[PROPOSED] ORDER**

Pursuant to the Parties' joint stipulation and notice of settlement, and for good cause appearing, the above-captioned action is **HEREBY DISMISSED WITH PREJUDICE**. Each Party shall bear its own attorneys' fees and costs.

IT IS SO ORDERED.

Dated: December 10, 2019

_____
**MIRANDA M. DU**
**UNITED STATES DISTRICT JUDGE**